# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiff, ) ) v. ) ) WILLIAM E. MAPP, III, ) WARREN K. PAXTON, JR., ) CALEB J. WHITE, and ) SERVERGY, INC. ) ) Defendants. ) | Civil Action No.: 4:16-cv-00246  JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO CONTINUE HEARING AND RULE 16 MANAGEMENT CONFERENCE

Warren K. Paxton, Jr.'s Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(6) and 9(b) ("Motion") is scheduled for hearing on August 18, 2016 at 9:00 a.m. [Doc. 16, 27]. The Rule 16 Management Conference is scheduled to take place on August 22, 2016 at 9:15 a.m. [Doc. 24]. The Commission respectfully request that the Court combine and reschedule these matters for August 24, 2016 or August 30, 2016 to accommodate a pre-existing scheduling conflict for undersigned Commission counsel. Paxton requests that, if the hearing on his Motion is rescheduled, that it be reset for a date on which he is available to attend, and that he is available to attend on August 24, 2016 or August 30, 2016. Counsel for Mapp is also available on the proposed dates.

July 26, 2016                                                             Respectfully submitted,

                                                                          */s/Jessica B. Magee*
                                                                          Jessica B. Magee

                                            Texas Bar No. 24037757
                                            Matthew J. Gulde
                                            Illinois Bar No. 6272325
                                            Samantha S. Martin
                                            Texas Bar No. 24065090
                                            U.S. Securities and Exchange Commission
                                            Fort Worth Regional Office
                                            Burnett Plaza, Suite 1900
                                            801 Cherry Street, Unit #18
                                            Fort Worth, TX 76102-6882
                                            (817) 978-1410 (mjg)
                                            (817) 978-4927 (fax)
                                            guldem@sec.gov

                                            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF CONFERENCE**

      I certify that on July 27, 2016, I conferred with all Defendants of record via email, who all stated that they are unopposed the relief requested.

                                            */s/Jessica B. Magee*
                                            Jessica B. Magee

## **CERTIFICATE OF SERVICE**

      I certify that on July 27, 2016, I electronically filed the foregoing document, with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system. The electronic case filing system will send a "Notice of Electronic Filing" to all counsel of record who has consented in writing to accept service of this document by electronic means.

                                            */s/Jessica B. Magee*
                                            Jessica B. Magee