**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiff, ) ) v. ) ) WILLIAM E. MAPP, III, ) WARREN K. PAXTON, JR., ) CALEB J. WHITE, and ) SERVERGY, INC. ) ) Defendants. ) | Civil Action No.: 4:16-cv-00246 JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF ADDITONAL COUNSEL FOR PLAINTIFF

Timothy L. Evans submits this notice of appearance on behalf of Plaintiff United States Securities and Exchange Commission (the "SEC").

The SEC respectfully requests that Timothy L. Evans receive all notices and orders from the Court as well as service of all documents by other parties at the address below:

>Timothy L. Evans
>U.S. Securities and Exchange Commission
>801 Cherry Street, Unit 18, Suite 1900
>Fort Worth, TX 76102
>Ph: 817-978-5036
>Fax: 817-978-4927
>*evanstim@sec.gov*

Dated this 2nd day of August, 2016.  Respectfully submitted,

/s/ Timothy L. Evans
Timothy L. Evans
Texas Bar No. 24065211
U.S. Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
(817) 978-5036
(817) 978-4927 (fax)
*evanstim@sec.gov*

*Attorney for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court. All others were served a copy by U.S. mail.

/s/ Timothy L. Evans
Timothy L. Evans