UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiff, ) ) v. ) ) WILLIAM E. MAPP, III, ) WARREN K. PAXTON, JR., ) CALEB J. WHITE, and ) SERVERGY, INC. ) ) Respondents. ) | Civil Action No.: 4:16-cv-00246 JURY TRIAL DEMANDED |

**ORDER ON UNOPPOSED MOTION TO CONTINUE**

Before the Court is the Unopposed Motion to Continue Hearing and Rule 16 Management Conference (Dkt. #28).  The Court determines that the motion should be granted in part.

It is therefore **ORDERED** that the hearing on Warren K. Paxton, Jr.'s Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(6) and 9(b) (Dkt. #16) is **RESET** to **Friday, September 2, 2016, at 9:00 a.m.**

The request to reset the Rule 16 Management Conference is denied.  However, the Court hereby **RESETS** the **time** of the conference on Monday, August 22, 2016, from 9:15 a.m. to **9:00 a.m.**

SIGNED this 9th day of August, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE