# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**DATE:** 8/22/16

| DISTRICT JUDGE | **COURT REPORTER:** Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| SEC VS. MAPP, ET AL | 4:16CV246 |
| | |

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Matthew Gulde, Timothy Evans, Jessica Magee, | Matthew Martens, Jason Little, William Mateja, Jaclyn Moyer, for Paxton |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: SCHEDULING CONFERENCE (Dkt. #32) |
|---|---|
| 9:08 am | Court calls case, noting appearance of counsel. |
| | Court first sets the case for trial and heard from counsel. |
| | Final Pretrial for September 8, with September 11 jury selection and trial. |
| | Court suggests the parties consult and provide the Court with new dates. |
| 9:17 am | Mr. Gulde addresses initial disclosure issues and seeks clarification on Rule 26(a) and relevant documents, Paxton documents. Mr. Martens responds. Counsel will discuss. |
| | As to Mr. Matt, SEC will discuss with counsel. |
| 9:23 am | Number of depositions discussed. Mr. Martens addresses the Court. Response of SEC. |
| | Court notes Rules limit of 10 depositions. Court will not change number now but parties can request telephone conference should there be a need for more depositions. |
| | Mr. Paxton wants additional interrogatories - If additional interrogatories are needed, telephone conference will be requested. |
| | No other discovery issues. |

CASE NO.            DATE:
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:      SCHEDULING CONFERENCE (Dkt. #32) |
|---|---|
| 9:34 am | Mediation - Court heard from counsel.  Court will set a mediation date but will not force parties to participate in mediation - Magistrate Judge will be asked to conduct the mediation.  If Mr. Paxton objects, Court may not force it.   Parties prefer Magistrate Judge to conduct the mediation. |
| 9:39 am | Length of trial - Court will block off two weeks. |
|  | Court addressed general trial procedures - voir dire, questionnaire should be in hand at the pretrial conference. |
| 9:44 am | Parties will meet following this hearing, for consultation regarding scheduling order deadlines. |
| 9:45 am |  Court in recess. |

**DAVID O'TOOLE, CLERK**

BY:        Debbie McCord        
           Courtroom Deputy Clerk