**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|   |   |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | : |
| v. | : |
| WILLIAM E. MAPP, III, WARREN K. PAXTON, JR., CALEB J. WHITE, and SERVERGY, INC., | Civ. Action No. 4:16-cv-00246 <br> : <br> : <br> : |
| Respondents. | : <br> : |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Securities and Exchange Commission, Respondent William E. Mapp, III, and Respondent Warren K. Paxton, Jr., by their undersigned counsel, hereby file this joint motion to modify the Court's Scheduling Order, dated September 14, 2016, *see* Scheduling Order, No. 4:16-cv-00246-ALM, ECF No. 36 (Sept. 14, 2016), in order to align it with the parties' unanimous agreement on dates following a Court-requested meet and confer.

At the Court's Rule 16 case management conference held on August 22, 2016, the Court stated that it would be flexible on discovery deadlines. After setting a trial date of September 2017, the Court suggested that "the parties consult and provide the Court with new dates" for the remainder of the schedule. *See* Scheduling Conference Minute Entry, No. 4:16-cv-00246-ALM, ECF No. 34 (Aug. 22, 2016), at 1. At the end of the conference, the Court noted that the parties "will meet following this hearing, for consultation regarding scheduling order deadlines." *Id.* at

2. During the meeting immediately following the hearing, the parties agreed to consider proposals from each other before submitting a proposed scheduling order to the Court.

The parties have now met and conferred concerning a proposed scheduling order, and agree to four proposed changes to the Court's Scheduling Order which was filed in the interim. First, the parties request that the deadlines for Plaintiff to file amended pleadings and Respondents to file amended pleadings be moved from November 14, 2016 and November 30, 2016, respectively, to February 21, 2017 and March 7, 2017, respectively. Second, the parties request that the deadlines for Plaintiff's disclosure of expert testimony and Respondents' disclosure of expert testimony be moved from October 31, 2016 and November 30, 2016, respectively, to February 7, 2017 and March 7, 2017, respectively. Third, the parties request that the deadline for filing motions to dismiss, motions for summary judgment, or other dispositive motions be moved from February 2, 2017 to May 16, 2017. Finally, the parties request that the deadline for completion of discovery be moved from February 6, 2017 to May 16, 2017.

## CONCLUSION

For the foregoing reasons, the parties jointly and respectfully request that this Court modify its deadlines for filing of amended pleadings, filing of dispositive motions, and the close of discovery.

Dated: September 19, 2016

        Respectfully submitted,

        /s/ Matthew T. Martens
        Matthew T. Martens (*pro hac vice*)
        (Lead Counsel)
        D.C. Bar No. 1019099
        Jaclyn N. Moyer (*pro hac vice*)
        D.C. Bar No. 492284
        Alyssa DaCunha (*pro hac vice*)
        D.C. Bar No. 1003687
        Kevin Gallagher (*pro hac vice*)
        D.C. Bar No. 1031415
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Ave. NW
        Washington, DC 20006
        Tel: (202) 663-6000
        Fax: (202) 663-6363
        Matthew.Martens@wilmerhale.com

        William B. Mateja
        Texas Bar No. 13185350
        Polsinelli LLP
        2950 N. Harwood
        Suite 2100
        Dallas, TX 75201
        Tel: (214) 754-5751
        Fax: (214) 397-0033
        Mateja@polsinelli.com

        J. Mitchell Little
        Texas Bar No. 24043788
        Scheef & Stone, LLP
        2600 Network Blvd., Ste. 400
        Frisco, TX 75034
        Tel: (214) 472-2140
        Fax: (214) 472-2150
        Mitch.Little@solidcounsel.com

        *Attorneys for Respondent Warren K. Paxton, Jr.*

/s/ Jason S. Lewis
Jason S. Lewis
Texas Bar No. 24007551
David W. Klaudt
Texas Bar No. 00796073
Greenberg Traurig, LLP
2200 Ross Avenue
Suite 5200
Dallas, TX 75201
Email: lewisjs@gtlaw.com
Tel: (214) 665-3600
Fax: (214) 665-3601

*Counsel for Respondent William E. Mapp, III*

/s/ Matthew J. Gulde
Matthew J. Gulde
Illinois Bar No. 6272325
Timothy L. Evans
Texas Bar No. 24065211
Jessica B. Magee
Texas Bar No. 24037757
Samantha S. Martin
Texas Bar No. 24065090
U.S. Securities and Exchange Commission
801 Cherry Street, Unit 18
Fort Worth, TX 76102
Tel: (817) 978-3821
Fax: (817) 978-4927
Email: guldem@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2016, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notices of electronic filing to all counsel of record.


/s/ Matthew T. Martens
Attorney

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 16, 2016, I complied with the meet and confer requirement in Local Rule CV-7(h) and determined that this motion will be unopposed.


/s/ Matthew T. Martens
Attorney