# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiff, ) ) v. ) ) WILLIAM E. MAPP, III, ) WARREN K. PAXTON, JR., ) CALEB J. WHITE, and ) SERVERGY, INC. ) ) Defendants. ) | Civil Action No.: 4:16-cv-00246  JURY TRIAL DEMANDED |

## NOTICE OF FILING OF FIRST AMENDED COMPLAINT

Pursuant to the Court's October 7, 2016 Order, plaintiff Securities and Exchange Commission (the "Commission") today filed its First Amended Complaint [Doc. 40]. The First Amended Complaint alleges additional facts and elaborates on previously pleaded facts concerning Defendant Warren K. Paxton, Jr.'s failure to disclose his compensation for soliciting investors on behalf of Defendant Servergy, Inc. While the Court ordered the Commission to place any new facts in bold typeface, the Amended Complaint not only alleges new facts but also reorganizes portions of its pleading against Paxton. Therefore, the Commission respectfully submits this Notice of Filing of First Amended Complaint which attaches, as Exhibit A, a copy of its amended pleading that reflects, in redline form, the differences between the Complaint and the First Amended Complaint and, as Exhibit B, plaintiff's good faith effort to represent newly pleaded material in bold typeface.

Dated: October 21, 2016                             Respectfully submitted,

                                                */s/Matthew J. Gulde*
                                                Matthew J. Gulde
                                                Illinois Bar No. 6272325
                                                Jessica B. Magee
                                                Texas Bar No. 24037757
                                                Timothy L. Evans
                                                Texas Bar No. 24065211
                                                Samantha S. Martin
                                                Texas Bar No. 24065090
                                                U.S. Securities and Exchange Commission
                                                Fort Worth Regional Office
                                                Burnett Plaza, Suite 1900
                                                801 Cherry Street, Unit #18
                                                Fort Worth, TX 76102-6882
                                                (817) 978-1410 (mjg)
                                                (817) 978-4927 (fax)
                                                guldem@sec.gov

                                                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I certify that on October 21, 2016, I electronically filed the foregoing document, with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system.  The electronic case filing system will send a "Notice of Electronic Filing" to all counsel of record who has consented in writing to accept service of this document by electronic means.

                                                */s/Matthew J. Gulde*
                                                Matthew J. Gulde