**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | : |
| v. | : |
| WILLIAM E. MAPP, III, WARREN K. PAXTON, JR., CALEB J. WHITE, and SERVERGY, INC. | Civ. Action No. 4:16-cv-00246 <br> : <br> : |
| Defendants. | : <br> : |

**ORDER DISMISSING THE SECURITIES AND EXCHANGE COMMISSION'S
FIRST AMENDED COMPLAINT WITH PREJUDICE**

On considering Defendant Warren K. Paxton, Jr.'s Motion to Dismiss, the briefs filed in support and opposition thereto, and the entire record herein, the Court finds that Plaintiff Securities and Exchange Commission's First Amended Complaint fails to state a claim upon which relief can be granted. Mr. Paxton's Motion is hereby GRANTED and Plaintiff Securities and Exchange Commission's First Amended Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

ActiveUS 159490727v.1