**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| WILLIAM E. MAPP, III, WARREN K. PAXTON, JR., CALEB J. WHITE, and SERVERGY, INC. | Civ. Action No. 4:16-cv-00246 |
| Defendants. | : |

**ORDER GRANTING THE UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO THE ALL WRITS ACT**

On considering the Unopposed Motion for Leave to File Certain Documents Under Seal Pursuant to the All Writs Act, and for good cause shown, the Court orders that Mr. Paxton be and hereby is permitted to file under seal with this Court in support of his forthcoming motion to compel certain audio recordings of witness interviews obtained by him from the State of Texas in the criminal proceedings against him. The Court finds that any privacy and security interests of the witnesses will be protected by the filing of the audio recordings under seal. The Consent Motion is hereby GRANTED.

IT IS SO ORDERED.
**SIGNED this 13th day of December, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE