**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| WILLIAM E. MAPP, III, WARREN K. PAXTON, JR., CALEB J. WHITE, and SERVERGY, INC. | Civ. Action No. 4:16-cv-00246 |
| Defendants. | : |

**ORDER GRANTING THE UNOPPOSED MOTION TO SEAL DEFENDANT WARREN K. PAXTON, JR.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWER TO INTERROGATORY FROM PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**

On considering the Unopposed Motion for Leave to Seal Defendant Warren K. Paxton, Jr.'s Motion to Compel Production of Documents and Answer to Interrogatory from Plaintiff Securities and Exchange Commission, and for good cause shown, the Court accepts under seal the unredacted version of Mr. Paxton's Motion to Compel and related unredacted declaration of Matthew T. Martens.  The Unopposed Motion (Dkt. #52) is hereby GRANTED.

IT IS SO ORDERED.

SIGNED this 16th day of December, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE