Message

**From:** Bill Mapp [bill@servergy.com]
**Sent:** 7/23/2011 6:37:28 AM
**To:** brandon@ REDACTED
**CC:** ken [ken@kenpaxtonlaw.com]
**Subject:** Private and Confidential. Copyright (C) 2011 by Servergy, Inc. All Rights Reserved.

Brandon,

It was a pleasure talking to you. I appreciate the very kind introduction from Ken. Please see Servergy NDA attached for you to sign and scan/email back or simply fax back to 972-548-9845, no cover sheet required.

Once I have the NDA, I will call you so we can set up a very quick gotomeeting to show you the short 20 slide Executive Deck on this exciting global ground floor opportunity; and then forward the investor materials to you to look over. Again, we closed our Series B $1/Share round today; and must receive all paperwork and monies for anyone interested no later than COB Friday of next week.

Please don't hesitate to let me know if you have any questions. I look forward to talking to you.

**STEALTH COMPANY EXECUTIVE SNAPSHOT:**

COMPANY HISTORY: Silicon Valley Stealth-mode C Corp formed back in 2009 -- Q4'10 moved corporate HQ to North Texas
LEADERSHIP TEAM: Proven Fortune 500 and Entrepreneurial Leadership Team with global track-record of innovation and success
CHAIRMAN/CEO/FOUNDER: http://www.linkedin.com/in/billmapp
GOVERNANCE: Seasoned Board of Directors & top Corporate Advisors, e.g., ex IBM, TI, Intel, Perot Systems, EDS, AMR, HP, DOD, etc.
ECOSYSTEM: Rapidly growing ecosystem of world class multi-billion dollar technology, ISO manufacturing & distribution partners
MEMBER: Cleantech Global Innovation Network, see http://cleantech.com/about/sponsors.cfm
TECHNOLOGY: Proven Green/Clean Technology has been 3rd party validated by world class testing lab -- http://www.elliotlabs.com
~~GOVERNMENT SUBSIDIES TO BE EFFECTIVE: No, unlike other Cleantech, it literally starts paying for itself from the~~ moment power hits it
APPLICATION: B2B Data Center Energy Efficiency category -- see http://www.sustainablebusiness.com/index.cfm/go/news.display/id/21716
TECHNOLOGY TRANSFERABLE AND SCALABLE: Yes, to many other products/markets/applications, globally
TARGET MARKET: Huge power-hungry data centers for the Global 2000/Fortune 1000
TOP INDUSTRY PROBLEMS: Power, cooling and space costs
COMPANY SOLUTION: 80% savings for power, cooling and space costs
MARKET GROWTH: Hyper-growth driven by projected 4X Internet growth and skyrocketing global demand for data centers/servers
SCOPE: Universal, like light bulbs, touches all companies and industries, worldwide
LEGAL: Top IP lawfirm in the world -- http://www.gtlaw.com
DISTRIBUTION: One of the largest electronics distributors in the world, among others
MANUFACTURING: World class ISO certified manufacturers in place
PR: Leading Cleantech PR firm in the space -- http://www.sterlingpr.com

EXHIBIT F

INVESTED TODATE: $3M+
FINANCING SOUGHT: Very *Private and Limited Family & Friends Round,* $2M @ $1/Share with $50K minimum investment (NOTE: ALREADY OVERSUBSCRIBED -- IN PROCESS OF QUICKLY SHUTTING DOWN THE ROUND.)
USE OF FUNDS: Get Beta customer in place and start preparing for production; Secure pre-orders; Complete filing IP; Complete Top Exec team
EXTERNAL AUDITORS: Top regional CPA/accounting firm (EXTERNAL AUDIT AVAILABLE UPON REQUEST.)
TIMING: Start reference account beta customers testing and firming up initial orders with rollout and ramp-up starting first part of 2012
EXIT STRATEGY: IPO/Acquisition within 3-5 years

Best regards and blessings!

Bill

Bill Mapp, Chairman/CEO/Founder
Servergy, Inc.
5760 Legacy Dr, Ste B3353
Plano, TX 75024

Save Energy. Work Smart. ®
bill@servergy.com
http://www.linkedin.com/in/billmapp
Mobile: (408) 981-MAPP (6277)

Member, Global Cleantech Innovation Network: http://www.cleantech.com

[ ] Data Centers have become as vital to the functioning of society as power stations. -- The Economist

[ ] Data centers have become the nerve centers of business and society. -- NY Times

[ ] http://www.pikeresearch.com/newsroom/energy-efficient-data-center-technologies-to-represent-28-of-total-market-investment-by-2015

[ ] http://www.fastcompany.com/1683653/green-data-center-market-to-more-than-triple-over-next-five-years

[ ] There's no mistaking it: The data center industry is hot. Data center stocks are outpacing the broader market, with a flurry of acquisitions and IPOs amid strong interest from private equity investors. -- Data Center Knowledge

[ ] Energy-efficiency is the top reason cited by Data Centers for their need to expand. – Digital Realty Trust 2011 Report "What is Driving the US Market?"

**CONFIDENTIALITY NOTICE:** This communication contains privileged and/or confidential information to be maintained with the strictest confidence. It is intended solely for the use of the person or entity in which it is addressed. If you are not the intended recipient, you are STRICTLY PROHIBITED from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. For information only. Not an offer, or solicitation of any offer to buy or sell any security, investment or other product.