**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| WILLIAM E. MAPP, III, WARREN K. PAXTON, JR., CALEB J. WHITE, and SERVERGY, INC. | Civ. Action No. 4:16-cv-00246 |
| Defendants. | : |

---

## ORDER GRANTING DEFENDANT WARREN K. PAXTON, JR.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD-PARTY UNITY RESOURCES, LLC

On considering Defendant Warren K. Paxton, Jr.'s Motion to Compel, the briefs filed in support and opposition thereto, and the entire record herein, the Court orders that Unity Resources, LLC produce to Mr. Paxton all documents requested by the subpoena he served on Unity Resources, LLC on December 12, 2016.  Mr. Paxton's Motion is hereby GRANTED.

IT IS SO ORDERED.