IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. 4:16-cv-00246 |
| WILLIAM E. MAPP, III; WARREN K. PAXTON, JR.; CALEB J. WHITE; and SERVERGY, INC., § § § § § | |
| Defendants. § | |

## ORDER ON MOTION TO WITHDRAW MOTION

On this day, the Court considered the Motion to Withdraw Motion of Nonparties Byron Cook, Joel Hochberg, and Robert Griggs (the "Nonparties") (Dkt. #88). After consideration, the Court GRANTS the Motion, and the Nonparties' Motion to Preserve Confidential Designation (Dkt. #73) and First Amended Motion to Preserve Confidential Designation (Dkt. #80) are WITHDRAWN without prejudice.

**IT IS SO ORDERED.**
SIGNED this 16th day of February, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE