**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| WILLIAM E. MAPP, III, WARREN K. PAXTON, JR., CALEB J. WHITE, and SERVERGY, INC. | : Civ. Action No. 4:16-cv-00246 |
| Defendants. | : |

**ORDER DENYING UNITY 12-C, LLC'S, UNITY #9-A, LLC'S, LEGACY INCOME ROYALTY FUND'S, CYPRESS INCOME FUND, LLC'S, AND CYPRESS INCOME FUND II, LLC'S MOTION FOR PROTECTIVE ORDERS ON DEFENDANT WARREN K. PAXTON'S SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

On considering Unity 12-C, LLC's, Unity #9-A, LLC's, Legacy Income Royalty Fund's, Cypress Income Fund, LLC's, and Cypress Income Fund II, LLC's Motion for Protective Orders on Defendant Warren K. Paxton's Subpoenas to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action, Mr. Paxton's opposition to said motion, the briefs filed in support and opposition thereto, and the entire record herein, the Court finds that Unity 12-C, LLC, Unity #9-A, LLC, Legacy Income Royalty Fund, Cypress Income Fund, LLC, and Cypress Income Fund II, LLC have failed to meet and confer before the filing of the instant motion, as required by this Court's Local Rules [and/or] have failed to carry their burden of showing any undue burden from compliance with their subpoenas. Accordingly, Unity 12-C,

LLC's, Unity #9-A, LLC's, Legacy Income Royalty Fund's, Cypress Income Fund, LLC's, and Cypress Income Fund II, LLC's Motion for Protective Orders is hereby DENIED.

    IT IS SO ORDERED.