UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM E. MAPP, III, ) <br> WARREN K. PAXTON, JR., ) <br> CALEB J. WHITE, and ) <br> SERVERGY, INC. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 4:16-cv-00246 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE REGARDING DISCLOSURE OF EXPERT WITNESSES**

Pursuant to Local Rule CV-26(c), undersigned counsel for Plaintiff and Defendant Mapp hereby notify the Court of their agreement to extend until March 28, 2017 and April 28, 2017 their respective deadlines to designate expert witnesses and comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(1) and (a)(2).

Dated:  March 6, 2017.                                Respectfully submitted,

*s/ Matthew J. Gulde*
MATTHEW J. GULDE
Illinois Bar No. 6272325
Timothy L. Evans
Texas Bar No. 24065211
Jessica B. Magee
Texas Bar No. 24037757
Samantha S. Martin
Texas Bar No. 24065090
U.S. Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882

(817) 978-1410
(817) 978-4927 (fax)
guldem@sec.gov

Counsel for Plaintiff


*s/ Jason S. Lewis*
Jason S. Lewis
Texas Bar No. 24007551
David W. Klaudt
Texas Bar No. 00796073
Amanda R. McKinzie
Texas Bar No. 24088028
Greenberg Traurig, LLP
2200 Ross Avenue
Suite 5200
Dallas, TX 75201
Email: lewisjs@gtlaw.com
Tel: (214) 665-3600
Fax: (214) 665-3601

Counsel for Defendant William E. Mapp, III

## CERTIFICATE OF SERVICE

I certify that on March 6, 2017, I electronically filed the foregoing ***Plaintiff's Notice Regarding Disclosure of Expert Witnesses***, with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system. The electronic case filing system will send a "Notice of Electronic Filing" to all counsel of record who has consented in writing to accept service of this document by electronic means.

*s/ Matthew J. Gulde*
Matthew J. Gulde