THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　Plaintiff,<br><br>v.<br><br>WILLIAM E. MAPP, III,<br>WARREN K. PAXTON, JR.,<br>CALEB J. WHITE, and<br>SERVERGY, INC.<br>　　　Defendants. | §§§§§§§§§§§§§§ Case No.: 4:16-CV-00246 |

**INDEX OF EXHIBITS**

| Exhibit No. | Exhibit Description |
|---|---|
| A | Declaration of David Klaudt |
| B | Transcript excerpts from testimony of William E. Mapp, III on April 2-3, 2014 |
| C | Transcript excerpts from testimony of Caleb White on July 23, 2015 |
| D | Transcript excerpts from testimony of Lance Smith on June 14, 2014 |
| E | Form D Filing - 3-18-11 |
| F | Form D Filing - 3-18-11 |
| G | Form D Filing - 11-17-11 |
| H | Form D Filing - 5-10-12 |
| I | Form D Filing - 2-13-13 |
| J | Form D Filing - 4-15-13 |
| K | Declaration of David R. Mayeux |
| L | Declaration of William E. Mapp, III |
| M | 3/30/2010 Minutes of Board Meeting |
| N | Series A Subscription Agreement |
| O | Private Placement Memorandum - February 14, 2013 |
| P | Dominion Joint Venture Group 1 Subscription Agreement |
| Q | 9/28/2011 Minutes of Board Meeting |
| R | Series B Subscription Agreement |
| S | Dominion Joint Venture Group 2 Subscription Agreement |
| T | Series C Subscription Agreement |

| Exhibit No. | Exhibit Description |
|---|---|
| U | 7/13/2011 Email between K. Paxton and B. Mapp |
| V | 10/4/2011 Email between K. Paxton and B. Mapp |
| W | 4/4/2012 Email from B. Mapp |
| X | 4/19/2012 Minutes of Board Meeting |
| Y | 7/3/2012 Email from B. Mapp |
| Z | Dominion Joint Venture Group 3 Subscription Agreement |
| AA | 5/23/2013 Minutes of Special Meeting of Board of Directors |
| BB | 7/30/2013 Master Customer Agreement by and between Avnet, Inc |
| CC | 11/27/2013 Email from B. Mapp to L. Smith |
| DD | 12/8/2013 Email from A. Kaistha to B. Mapp |
| EE | 7/24/2013 Email between L. Smith, B. Barton, and Henry Exall |
| FF | 1/23/2013 Email between B. Mapp, Henry Exall, and A. Stoner |
| GG | 7/19/2012 Minutes of Board Meeting |
| HH | Signed Nondisclosure Agreement |
| II | Signed Subscription Agreement |
| JJ | *Exhibit JJ intentionally left blank* |
| KK | 11/12/2014 Minutes of Special Meeting of Board of Directors |
| LL | 7/31/2013 PPM Supplement |
| MM | 7/19/2012 Minutes of Board Meeting |
| NN | 2/13/2012 Email from B. Mapp to F. Hubach |
| OO | 4/6/2012 Email from B. Mapp to M. Holder |
| PP | 4/16/2012 Email from M. Holder to B. Mapp |
| QQ | 4/18/2012 Email from M. Holder to B. Mapp |
| RR | 3/23/2011 Email from B. Mapp to C. White |
| SS | 8/19/2012 Email from R. Oostdyk to B. Mapp |
| TT | 5/24/2012 Email from M. Holder to Dr. G. Earl |
| UU | 5/7/2012 Email from M. Holder to B. Mapp |
| VV | 7/21/2010 Email between B. Mapp, C. White, and D. Edwards |
| WW | 3/28/2011 Email between M. Holder, C. White, and B. Mapp |
| XX | *Exhibit XX intentionally left blank* |
| YY | 11/27/12 Email between L. Smith, B. Barton, and B. Mapp |
| ZZ | 11/28/2012 Email from L. Smith to B. Mapp |
| AAA | 3/19/2013 Email from L. Smith to B. Mapp |
| BBB | 2/5/2013 Email chain between L. Smith, Baker & McKinzie, and WFG |
| CCC | 11/29/2012 WFG Financial Signed Confidentiality Agreement |
| DDD | 1/10/2013 WFG/Servergy Placement Agreement |
| EEE | 6/20/2013 Email between L. Smith, B. Mapp, and R. Tannery |
| FFF | *Exhibit FFF intentionally left blank* |
| GGG | 11/1/2009 Confidential Information Memo |
| HHH | 12/1/2010 Confidential Information Memo |
| III | 7/4/2011 Confidential Information Memo |
| JJJ | 1/30/2013 Email from R. Jones at WFG to L. Smith attaching revised |

| Exhibit No. | Exhibit Description |
|---|---|
| | documents |
| KKK | 1/29/2013 Email from L. Smith to B. Mapp |
| LLL | 2/8/2013 Email from L. Smith to B. Mapp |
| MMM | 7/2/2013 Email from L. Smith to B. Mapp |
| NNN | 9/5/2013 Email from L. Smith to R. Tannery |
| OOO | 8/24/2013 Email between L. Smith and B. Mapp |
| PPP | 6/24/2013 Email between L. Smith and B. Barton at WFG |
| QQQ | 7/27/2013 Email from L. Smith to B. Mapp |
| RRR | 9/13/2013 Email chain between B. Mapp, R. Tanney, L. Smith and others |
| SSS | 2/27/2013 Email between L. Smith, C. Acree, and B. Barton at WFG |
| TTT | 4/12/2013 Email from Will Mapp to Chris R. |
| UUU | 7/26/2012 Email between R. Mayeux and B. Mapp |
| VVV | 7/30/2012 Email between R. Mayeux and B. Mapp |
| WWW | 7/21/2010 Email between B. Mapp and R. Mayeux |
| XXX | 6/30/2011 Email between B. Mapp, R. Mayeux, M. Holder |
| YYY | 2/27/2012 Email between R. Mayeux and B. Mapp |
| ZZZ | 12/7/2011 Email from B. Mapp to R. Mayeux et al. |
| AAAA | 1/17/2011 Email between R. Mayeux and B. Mapp |
| BBBB | 11/11/2010 Email between R. Mayeux, B. Mapp, and J. Mayeux |
| CCCC | 4/9/2010 Email between B. Mapp and R. Mayeux |
| DDDD | 9/26/2013 Email from A. Fry to B. Mapp and R. Mayeux |
| EEEE | 11/3/2013 Email from R. Mayeux to B. Mapp |
| FFFF | 11/25/2013 Email between B. Mapp, K. Elder, R. Mayeux, and A. Fry |
| GGGG | 8/15/2012  Email between B. Mapp and R. Mayeux |
| HHHH | 10/8/2012 Email between B. Mapp and R. Mayeux |
| IIII | 8/8/2012 Email between B. Mapp and R. Mayeux |