THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　Plaintiff,<br><br>v.<br><br>WILLIAM E. MAPP, III,<br>WARREN K. PAXTON, JR.,<br>CALEB J. WHITE, and<br>SERVERGY, INC.<br>　　Defendants. | §§§§§§§§§§§§§§ Case No.: 4:16-CV-00246 |

## DEFENDANT WILLIAM E. MAPP, III'S EXHIBIT LIST

Defendant William E. Mapp, III ("Mapp") hereby attaches as Exhibit A the list of exhibits that Mapp may offer into evidence during trial

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Jason S. Lewis
　　　　　　　　　　　　　　　　　　　Jason S. Lewis
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24007551
　　　　　　　　　　　　　　　　　　　　lewisjs@gtlawcom
　　　　　　　　　　　　　　　　　　　David W. Klaudt
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00796073
　　　　　　　　　　　　　　　　　　　　klaudtd@gtlaw.com
　　　　　　　　　　　　　　　　　　　Amanda R. McKinzie
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24088028
　　　　　　　　　　　　　　　　　　　　mckinziea@gtlaw.com
　　　　　　　　　　　　　　　　　　　Natalie D. Thompson
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24088529
　　　　　　　　　　　　　　　　　　　　thompsonna@gtlaw.com
　　　　　　　　　　　　　　　　　　　**GREENBERG TAURIG, LLP**
　　　　　　　　　　　　　　　　　　　2200 Ross Avenue, Suite 5200

                                                              Dallas, Texas 75201
                                                              (214) 665-3600 (Telephone)
                                                              (214) 665-3601 (Facsimile)

                                                              **ATTORNEYS FOR WILLIAM E. MAPP, III**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served on all counsel of record via the Court's CM/ECF system this 3rd day of November, 2017.

                                                             /s/ Jason S. Lewis
                                                             Jason S. Lewis