# EXHIBIT A

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 1. | AVNET0000064 | SEC-DC-EPROD-000000181 | 7/30/2013 Master Customer Agreement by and between Avnet, Inc. |
| 2. | FSL-005-00000876 | SEC-DC-EPROD-000005052 | 3/4/2013 Email from A. Srini to V. Rai |
| 3. | FSL-006-00002053 | SEC-DC-EPROD-000008052 | 6/26/2013 Email from J. Maguire to W. Mapp |
| 4. | FSL-006-00002596 | SEC-DC-EPROD-000008595 | 5/19/2013 Email from J. Maguire to W. Mapp |
| 5. | FSL-006-00003570 | SEC-DC-EPROD-000009569 | 1/16/2013 Email from J. Maguire to V. Rai |
| 6. | FSL-007-00000346 | SEC-DC-EPROD-000010801 | 5/18/2012 Email from J. Smith to B. Roy et al. |
| 7. | HB-SVG-00001043 | SEC-DC-EPROD-000012754 | 9/23/2013 Email from B. Mapp to L. Lozon |
| 8. | HB-SVG-00003016 | SEC-DC-EPROD-000014727 | 9/26/2013 Email from A. Fry to B. Mapp |
| 9. | HB-SVG-00003498 | SEC-DC-EPROD-000015209 | 9/27/2013 Email from B. Collins to B. Mapp, et al. |
| 10. | HB-SVG-00003539 | SEC-DC-EPROD-000015250 | 9/27/2013 Email from J. Smith to B. Collins |
| 11. | HB-SVG-00020659 | SEC-DC-EPROD-000032370 | 11/3/2013 Email from R. Mayeux to B. Mapp |
| 12. | HB-SVG-00029081 | SEC-DC-EPROD-000040792 | 11/24/2013 Email from B. Mapp to R. Tannery |
| 13. | HB-SVG-00029085 | SEC-DC-EPROD-000040796 | 11/24/2013 Email from B. Mapp to L. Smith |
| 14. | HB-SVG-00029401 | SEC-DC-EPROD-000041112 | 11/25/2013 Email between B. Mapp, K. Elder, R. Mayeux, and A. Fry |
| 15. | HB-SVG-00030303 | SEC-DC-EPROD-000042014 | 11/27/2013 Email from B. Mapp to L. Smith re Purchase Order Request |
| 16. | HB-SVG-00034515 | SEC-DC-EPROD-000046226 | 12/8/2013 Email from A. Kaistha to B. Mapp re Global Production Operations |
| 17. | HB-SVG-00039449 | SEC-DC-EPROD-000051160 | 12/20/2013 Email from M. Woodall to W. Mapp, et al. |
| 18. | HB-SVG-00044735 | SEC-DC-EPROD-000056446 | 6/20/2013 Email from L. Smith to B. Mapp |
| 19. | HB-SVG-00044738 | SEC-DC-EPROD-000056449 | 6/20/2013 Email between L. Smith, B. Mapp, and R. Tannery |
| 20. | HB-SVG-00051141 | SEC-DC-EPROD-000062852 | 7/8/2013 Email from Wunderlist to B. Mapp |
| 21. | HB-SVG-00058583 | SEC-DC-EPROD-000070294 | 7/25/2013 Email from B. Mapp to R. Tannery |
| 22. | HB-SVG-00059908 | SEC-DC-EPROD-000071619 | 7/30/2013 Email from L. Lozon to B. Mapp |
| 23. | HB-SVG-00065961 | SEC-DC-EPROD-000077672 | 8/12/2013 Email from S. Bacon to e51867@jp.ibm.com |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 24. | HB-SVG-00073965 | SEC-DC-EPROD-000085676 | 9/3/2013 Email from R. Denosowicz to W. Mapp, et al. |
| 25. | HB-SVG-00078240 | SEC-DC-EPROD-000089951 | 9/13/2013 Email from B. Mapp to R. Tannery and Sarah H. |
| 26. | HB-SVG-00084129 | SEC-DC-EPROD-000095844 | 3/10/2013 Email from W. Mapp to B. Mapp |
| 27. | HB-SVG-00084130 | SEC-DC-EPROD-000095845 | 3/10/2013 Email from V. Rai to W. Mapp |
| 28. | HB-SVG-00086963 | SEC-DC-EPROD-000098678 | 3/19/2013 Email from L. Smith to B. Mapp |
| 29. | HB-SVG-00088844 | SEC-DC-EPROD-000100559 | 3/26/2013 Email from W. Mapp to B. Mapp |
| 30. | HB-SVG-00090780 | SEC-DC-EPROD-000102495 | 4/2/2013 WFG Invitation to Attend to Servergy Client Presentation & Reception |
| 31. | HB-SVG-00091552 | SEC-DC-EPROD-000103267 | 4/3/2013 Email from C. Acree to L. Smith, et al. |
| 32. | HB-SVG-00091553 | SEC-DC-EPROD-000103268 | Servergy Road Show Feedback dated 4/2/2013 |
| 33. | HB-SVG-00100401 | SEC-DC-EPROD-000112116 | 5/1/2013 Email from L. Smith to B. Mapp |
| 34. | HB-SVG-00109029 | SEC-DC-EPROD-000120744 | 5/27/2013 Email from L. Smith to B. Mapp |
| 35. | HB-SVG-00110781 | SEC-DC-EPROD-000122496 | 5/31/2013 Email from L. Smith to B. Mapp |
| 36. | HB-SVG-00116317 | SEC-DC-EPROD-000128032 | 11/2/2012 Email from D. Schell to B. Mapp |
| 37. | HB-SVG-00120599 | SEC-DC-EPROD-000132329 | 11/23/12 Email from W. Mapp to B. Mapp |
| 38. | HB-SVG-00120602 | SEC-DC-EPROD-000132332 | 11/20/2012 Servergy Quote to K. Chase at Koerr |
| 39. | HB-SVG-00120602 | SEC-DC-EPROD-000132332 | 11/20/2012 Koerr Signed Quote |
| 40. | HB-SVG-00120785 | SEC-DC-EPROD-000132515 | 11/26/2012 Email from W. Mapp to B. Mapp, et al. |
| 41. | HB-SVG-00120974 | SEC-DC-EPROD-000132704 | 11/27/2012 Email from W. Mapp to B. Mapp, et al. |
| 42. | HB-SVG-00120976 | SEC-DC-EPROD-000132706 | 11/27/12 Koerr Purchase Order - Vendor - Servergy |
| 43. | HB-SVG-00121563 | SEC-DC-EPROD-000133293 | 12/2/2012 Email from Box.net to B. Mapp |
| 44. | HB-SVG-00123417 | SEC-DC-EPROD-000135147 | 12/9/2012 Email from W. Mapp to B. Mapp |
| 45. | HB-SVG-00123419 | SEC-DC-EPROD-000135149 | Attachment to HB-SVG-00123417 |
| 46. | HB-SVG-00123444 | SEC-DC-EPROD-000135174 | 12/9/2012 Email from B. Mapp to W. Mapp |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 47. | HB-SVG-00123446 | SEC-DC-EPROD-000135176 | Attachment to HB-SVG-00123417 |
| 48. | HB-SVG-00128000 | SEC-DC-EPROD-000139735 | 11/28/2012 Email from L. Smith to B. Mapp |
| 49. | HB-SVG-00132162 | SEC-DC-EPROD-000143897 | 1/15/2013 Email from L. Smith to A. Sardan |
| 50. | HB-SVG-00132738 | SEC-DC-EPROD-000144473 | 1/17/2013 Email from L. Smith to C. Acree |
| 51. | HB-SVG-00134145 | SEC-DC-EPROD-000145885 | 1/22/2013 Email from J. Smith to W. Mapp et al. |
| 52. | HB-SVG-00134146 | SEC-DC-EPROD-000145886 | 1/22/2013 Email from W. Mapp to B. Mapp |
| 53. | HB-SVG-00134149 | SEC-DC-EPROD-000145889 | 1/22/2013 Email from L. Smith to B. Mapp |
| 54. | HB-SVG-00136573 | SEC-DC-EPROD-000148313 | 1/29/2013 Email from L. Smith to B. Mapp |
| 55. | HB-SVG-00139075 | SEC-DC-EPROD-000150815 | 2/6/2013 Email from B. Mapp to J. Burris |
| 56. | HB-SVG-00139866 | SEC-DC-EPROD-000151606 | 2/8/2013 Email from L. Smith to B. Mapp |
| 57. | HB-SVG-00139869 | SEC-DC-EPROD-000151609 | 2/8/2013 Email from L. Smith to B. Mapp |
| 58. | HB-SVG-00141189 | SEC-DC-EPROD-000152935 | 2/13/2013 Email from L. Smith to B. Barton, et al. |
| 59. | HB-SVG-00141262 | SEC-DC-EPROD-000153008 | 2/13/2013 Email from Box.net to B. Mapp |
| 60. | HB-SVG-00141586 | SEC-DC-EPROD-000153332 | 2/14/2013 Email from B. Mapp to L. Smith |
| 61. | HB-SVG-00141858 | SEC-DC-EPROD-000153607 | 2/15/2013 Email from Box.net to B. Mapp |
| 62. | HB-SVG-00141886 | SEC-DC-EPROD-000153635 | 2/15/2013 Email from L. Smith to B. Mapp |
| 63. | HB-SVG-00142469 | SEC-DC-EPROD-000154231 | 2/18/2013 Email from L. Smith to B. Mapp |
| 64. | HB-SVG-00145617 | SEC-DC-EPROD-000157383 | 8/16/12 Email from V. Rai to B. Mapp |
| 65. | HB-SVG-00146291 | SEC-DC-EPROD-000158059 | 8/19/2012 Email from R. Oostdyk to B. Mapp |
| 66. | HB-SVG-00148223 | SEC-DC-EPROD-000159994 | 8/24/2012 Email from B. Mapp to L. Lozon |
| 67. | HB-SVG-00148257 | SEC-DC-EPROD-000160028 | 8/25/2012 Email from V. Rai to J. Smith |
| 68. | HB-SVG-00148344 | SEC-DC-EPROD-000160115 | 8/25/2012 Email from B. Mapp to V. Rai |
| 69. | HB-SVG-00153192 | SEC-DC-EPROD-000164967 | 9/13/2012 Email from V. Rai to B. Mapp |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 70. | HB-SVG-00153665 | SEC-DC-EPROD-000165440 | 9/15/2012 Email from W. Mapp to B. Mapp |
| 71. | HB-SVG-00153673 | SEC-DC-EPROD-000165448 | 9/15/2012 Email from W. Mapp to B. Mapp et al. |
| 72. | HB-SVG-00153864 | SEC-DC-EPROD-000165639 | 9/16/2012 Email from J. Smith to B. Mapp |
| 73. | HB-SVG-00159640 | SEC-DC-EPROD-000171415 | Signed Subscription Agreement |
| 74. | HB-SVG-00160492 | SEC-DC-EPROD-000172267 | 10/16/2012 Email from Dan Schell to B. Mapp |
| 75. | HB-SVG-00160520 | SEC-DC-EPROD-000172295 | 10/16/2012 Email from B. Mapp to D. Schell |
| 76. | HB-SVG-00160992 | SEC-DC-EPROD-000172767 | 10/18/2012 Email from B. Mapp to K. Chase |
| 77. | HB-SVG-00161068 | SEC-DC-EPROD-000172854 | 10/18/2012 Email from B. Mapp to D. Schell |
| 78. | HB-SVG-00161246 | SEC-DC-EPROD-000173032 | 10/19/2012 Email from D. Schell to B. Mapp |
| 79. | HB-SVG-00161265 | SEC-DC-EPROD-000173051 | 10/19/2012 Email from V. Rai to D. Schell et al. |
| 80. | HB-SVG-00162850 | SEC-DC-EPROD-000174636 | 10/20/2012 Email from R. Varghese to B. Mapp |
| 81. | HB-SVG-00165658 | SEC-DC-EPROD-000177456 | 4/16/2012 Email from M. Holder to B. Mapp |
| 82. | HB-SVG-00166227 | SEC-DC-EPROD-000178025 | 4/18/2012 Email from M. Holder to B. Mapp re Accredited Investors |
| 83. | HB-SVG-00166227 | SEC-DC-EPROD-000178027 | 4/18/2012 Email from M. Holder to B. Mapp |
| 84. | HB-SVG-00170898 | SEC-DC-EPROD-000182696 | 5/7/2012 Email from M. Holder to B. Mapp |
| 85. | HB-SVG-00175302 | SEC-DC-EPROD-000187100 | 5/22/2012 Email from M. Holder to C. White |
| 86. | HB-SVG-00175705 | SEC-DC-EPROD-000187503 | 5/23/2012 Email from J. Smith to B. Mapp |
| 87. | HB-SVG-00176034 | SEC-DC-EPROD-000187832 | 5/24/2012 Email from M. Holder to Dr. Earl, Investor |
| 88. | HB-SVG-00183267 | SEC-DC-EPROD-000195065 | 6/20/2012 Email from B. Collins to B. Mapp |
| 89. | HB-SVG-00188341 | SEC-DC-EPROD-000200142 | 7/12/2012 Email from D. Schell to B. Mapp |
| 90. | HB-SVG-00191650 | SEC-DC-EPROD-000203451 | 7/25/2012 Email from J. Smith to D. Schell, et al. |
| 91. | HB-SVG-00191664 | SEC-DC-EPROD-000203465 | 7/25/2012 Email from V. Rai to J. Smith |
| 92. | HB-SVG-00191664 | SEC-DC-EPROD-000203465 | 7/25/2012 Email from V. Rai to B. Mapp et al. |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 93. | HB-SVG-00191683 | SEC-DC-EPROD-000203484 | 7/26/2012 Email from B. Mapp to R. Mayeux |
| 94. | HB-SVG-00191683 | SEC-DC-EPROD-000203484 | 7/26/2012 Email between R. Mayeux and B. Mapp |
| 95. | HB-SVG-00191694 | SEC-DC-EPROD-000203495 | 7/26/12 Email from J. Smith to B. Mapp, et al. |
| 96. | HB-SVG-00192739 | SEC-DC-EPROD-000204540 | 7/30/2012 Email from B. Mapp to J. Smith |
| 97. | HB-SVG-00193872 | SEC-DC-EPROD-000205673 | 8/3/2012 Email from B. Mapp to V. Rai |
| 98. | HB-SVG-00194667 | SEC-DC-EPROD-000206468 | 8/7/2012 Email from B. Mapp to V. Rai |
| 99. | HB-SVG-00194696 | SEC-DC-EPROD-000206497 | 8/7/2012 Email from B. Mapp to W. Mapp, et al. |
| 100. | HB-SVG-00198556 | SEC-DC-EPROD-000210357 | 1/18/2012 Email from B. Mapp to W. Mapp, et al. |
| 101. | HB-SVG-00198852 | SEC-DC-EPROD-000210653 | 1/19/2012 Email from V. Rai to B. Mapp, et al. |
| 102. | HB-SVG-00199000 | SEC-DC-EPROD-000210801 | 1/19/2012 Email from V. Rai to B. Mapp et al. |
| 103. | HB-SVG-00203126 | SEC-DC-EPROD-000214927 | 2/6/2012 Email from M. Holder to B. Mapp |
| 104. | HB-SVG-00203132 | SEC-DC-EPROD-000214933 | 2/6/2012 Email from M. Holder to B. Mapp |
| 105. | HB-SVG-00204895 | SEC-DC-EPROD-000216696 | 2/13/2012 Email from B. Mapp to F. Hubach |
| 106. | HB-SVG-00204895 | SEC-DC-EPROD-000216696 | 2/13/2012 Email from B. Mapp to F. Hubach |
| 107. | HB-SVG-00205933 | SEC-DC-EPROD-000217734 | 2/16/2012 Email from V. Rai to B. Mapp |
| 108. | HB-SVG-00206535 | SEC-DC-EPROD-000218336 | 2/17/2012 Email from B. Mapp to W. Mapp |
| 109. | HB-SVG-00206882 | SEC-DC-EPROD-000218683 | 2/20/2012 Email from V. Rai to B. Mapp et al. |
| 110. | HB-SVG-00207043 | SEC-DC-EPROD-000218844 | Signed Non disclosure Agreement |
| 111. | HB-SVG-00207066 | SEC-DC-EPROD-000218867 | 2/21/2012 Email from P. Pate to B. Mapp |
| 112. | HB-SVG-00208066 | SEC-DC-EPROD-000219867 | 2/24/2012 Email from M. Holder to B. Mapp |
| 113. | HB-SVG-00208476 | SEC-DC-EPROD-000220277 | 2/27/2012 Email between R. Mayeux, B. Mapp |
| 114. | HB-SVG-00209235 | SEC-DC-EPROD-000221036 | AMD Article |
| 115. | HB-SVG-00210269 | SEC-DC-EPROD-000222070 | 3/5/2012 Email from W. Mapp to B. Mapp |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 116. | HB-SVG-00212238 | SEC-DC-EPROD-000224039 | 3/12/2012 Email from B. Mapp to A. Sardan |
| 117. | HB-SVG-00216987 | SEC-DC-EPROD-000228788 | 3/28/2012 Email from gotowebinar@citrixonline.com to B. Mapp |
| 118. | HB-SVG-00218467 | SEC-DC-EPROD-000230268 | 4/4/2012 Email from B. Mapp |
| 119. | HB-SVG-00219316 | SEC-DC-EPROD-000231117 | 4/6/2012 Email from M. Holder to B. Mapp |
| 120. | HB-SVG-00219316 | SEC-DC-EPROD-000231117 | 4/6/2012 Email from B. Mapp to M. Holder re Accredited Investors |
| 121. | HB-SVG-00241978 | SEC-DC-EPROD-000253779 | 10/18/2012 Email from K. Chase to W. Mapp |
| 122. | HB-SVG-00241981 | SEC-DC-EPROD-000253782 | 10/16/2012 Signed Mutual Non-Disclosure Agreement |
| 123. | HB-SVG-00248178 | SEC-DC-EPROD-000259979 | 11/14/2012 Email from H. Sierra to W. Mapp |
| 124. | HB-SVG-00249403 | SEC-DC-EPROD-000261204 | 11/21/2012 Email from W. Mapp to L. Smith |
| 125. | HB-SVG-00249474 | SEC-DC-EPROD-000261275 | 11/22/2012 Email from W. Mapp to K. Chase |
| 126. | HB-SVG-00249772 | SEC-DC-EPROD-000261573 | 11/27/2012 Email from J. Smith to D. Clack, et al. |
| 127. | HB-SVG-00251875 | SEC-DC-EPROD-000263676 | 12/11/2012 Email from codescap@just55.justhost.com to sales at Servergy |
| 128. | HB-SVG-00251922 | SEC-DC-EPROD-000263723 | 12/11/2012 Email from L. Smith to W. Mapp |
| 129. | HB-SVG-00254317 | SEC-DC-EPROD-000266122 | 12/21/2012 Email from "[your-email]@jade42.servergy.com to sales@servergy |
| 130. | HB-SVG-00255189 | SEC-DC-EPROD-000266994 | 12/31/2012 Email from S. Noonan to W. Mapp |
| 131. | HB-SVG-00257415 | SEC-DC-EPROD-000269220 | 1/9/2013 Email from V. Rai to J. Smith |
| 132. | HB-SVG-00260568 | SEC-DC-EPROD-000272373 | 1/19/2013 Email from S. Bacon to W. Mapp |
| 133. | HB-SVG-00261125 | SEC-DC-EPROD-000272930 | 1/22/2013 Email from "[your-email]@jade42.servergy.com to sales@servergy.com |
| 134. | HB-SVG-00261138 | SEC-DC-EPROD-000272943 | 1/22/2013 Email from W. Mapp to atticusxen@gmailcom |
| 135. | HB-SVG-00263623 | SEC-DC-EPROD-000275428 | 1/29/2013 Email from W. Mapp to S. Noonan |
| 136. | HB-SVG-00263931 | SEC-DC-EPROD-000275736 | 1/29/2013 Email from V. Rai to B. Buros |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 137. | HB-SVG-00264705 | SEC-DC-EPROD-000276510 | 1/31/2013 Email from "[your-email]@jade42.servergy.com to sales@servergy |
| 138. | HB-SVG-00266189 | SEC-DC-EPROD-000277994 | 2/5/2013 Email from Wunderlist to W. Mapp |
| 139. | HB-SVG-00270017 | SEC-DC-EPROD-000281822 | 2/12/2013 Email from W. Mapp to H. Sierra |
| 140. | HB-SVG-00273485 | SEC-DC-EPROD-000285290 | 2/20/2013 Email from D. Feinstein to W. Mapp, et al. |
| 141. | HB-SVG-00274570 | SEC-DC-EPROD-000286375 | 2/25/2013 Email from V. Rai to S. Noonan |
| 142. | HB-SVG-00274738 | SEC-DC-EPROD-000286543 | 2/26/2013 Email from L. Smith to W. Mapp |
| 143. | HB-SVG-00275799 | SEC-DC-EPROD-000287604 | 3/5/2013 Email from V. Rai to W. Mapp |
| 144. | HB-SVG-00280879 | SEC-DC-EPROD-000292684 | 3/26/2013 Email from W. Mapp to K. Wada |
| 145. | HB-SVG-00281201 | SEC-DC-EPROD-000293006 | 3/27/2013 Email from K. Wada to W. Mapp |
| 146. | HB-SVG-00281748 | SEC-DC-EPROD-000293553 | 3/29/2013 Email from W. Mapp to K. Wada |
| 147. | HB-SVG-00282080 | SEC-DC-EPROD-000293885 | 4/1/2013 Email from K. Wada to W. Mapp |
| 148. | HB-SVG-00282767 | SEC-DC-EPROD-000294572 | 4/4/2013 Email from N. Duncan to W. Mapp |
| 149. | HB-SVG-00283967 | SEC-DC-EPROD-000295772 | 4/10/2013 Email from W. Mapp to N. Duncan |
| 150. | HB-SVG-00284222 | SEC-DC-EPROD-000296027 | 4/10/2013 Email from W. Mapp to K. Wada |
| 151. | HB-SVG-00284311 | SEC-DC-EPROD-000296116 | 4/11/2013 Email from W. Mapp to N. Duncan |
| 152. | HB-SVG-00284429 | SEC-DC-EPROD-000296234 | 4/11/2013 Email from N. Duncan to W. Mapp |
| 153. | HB-SVG-00284715 | SEC-DC-EPROD-000296523 | 4/12/2013 Email from W. Mapp to C. Rains |
| 154. | HB-SVG-00284715 | SEC-DC-EPROD-000296523 | 4/12/2013 Email from B. Mapp to Chris R. |
| 155. | HB-SVG-00286519 | SEC-DC-EPROD-000298327 | 4/22/2013 Email from N. Duncan to W. Mapp |
| 156. | HB-SVG-00288829 | SEC-DC-EPROD-000300637 | 5/5/2013 Email from AceProject Notification to W. Mapp |
| 157. | HB-SVG-00292925 | SEC-DC-EPROD-000304733 | 6/6/2013 Email from F. Curran to W. Mapp |
| 158. | HB-SVG-00295555 | SEC-DC-EPROD-000307363 | 6/22/2013 Email from "[your-email]@jade42.servergy.com to sales@servergy |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 159. | HB-SVG-00311766 | SEC-DC-EPROD-000323578 | 9/25/2012 Email from V. Rai to J. Smith |
| 160. | HB-SVG-00320407 | SEC-DC-EPROD-000332219 | 9/17/2013 Email from Email from "[your-email]@jade42.servergy.com to sales@servergy |
| 161. | HB-SVG-00345047 | SEC-DC-EPROD-000356859 | 1/18/2012 Email from J. Smith to T. Lisjac |
| 162. | HB-SVG-00346037 | SEC-DC-EPROD-000357849 | 11/28/2013 Email from W. Mapp to V. Brooks |
| 163. | HB-SVG-00353329 | SEC-DC-EPROD-000365141 | 5/10/2012 Email from J. Smith to J. Churchill |
| 164. | HB-SVG-00372314 | SEC-DC-EPROD-000384126 | 10/23/2013 Email from B. Moore to M. Beckwith |
| 165. | HB-SVG-00383502 | SEC-DC-EPROD-000395314 | 12/7/2012 Email from V. Rai to D. Clack |
| 166. | HB-SVG-00403590 | SEC-DC-EPROD-000415402 | 6/29/2013 Email from B. Edwards to L. Smith, et al. |
| 167. | HB-SVG-00403591 | SEC-DC-EPROD-000415403 | Server Comparison Chart |
| 168. | HB-SVG-00406298 | SEC-DC-EPROD-000418110 | 8/27/2013 Email from B. Collins to L. Smith |
| 169. | HB-SVG-00425285 | SEC-DC-EPROD-000437108 | 4/24/2013 Email from L. Smith to S. Gillespie |
| 170. | HB-SVG-00432437 | SEC-DC-EPROD-000444283 | 2/28/2013 Email from M. Harrell to L. Smith |
| 171. | HB-SVG-00432844 | SEC-DC-EPROD-000444690 | 4/12/2013 Email from W. Mapp to B. Mapp |
| 172. | HB-SVG-00432886 | SEC-DC-EPROD-000444732 | 4/15/2013 Email from L. Smith to B. Mapp |
| 173. | HB-SVG-00433816 | SEC-DC-EPROD-000445662 | 12/11/2012 Email from W. Mapp to B. Mapp |
| 174. | HB-SVG-00433830 | SEC-DC-EPROD-000445676 | Server Comparison Chart |
| 175. | HB-SVG-00434254 | SEC-DC-EPROD-000446100 | 1/16/2013 Email from L. Smith to B. Mapp |
| 176. | HB-SVG-00434257 | SEC-DC-EPROD-000446103 | 1/16/2013 Email from L. Smith to B. Mapp |
| 177. | HB-SVG-00434382 | SEC-DC-EPROD-000446228 | 1/21/2013 Email from L. Smith to B. Mapp |
| 178. | HB-SVG-00434390 | SEC-DC-EPROD-000446236 | Server Comparison Chart |
| 179. | HB-SVG-00439567 | SEC-DC-EPROD-000451413 | 3/7/2012 Email from B. Mapp to M. Holder |
| 180. | HB-SVG-00439574 | SEC-DC-EPROD-000451420 | Native File - MAC Computer Needed to Open |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 181. | HB-SVG-00450509 | SEC-DC-EPROD-000462355 | 1/15/2013 Email from L. Smith to W. Mapp |
| 182. | HB-SVG-00450510 | SEC-DC-EPROD-000462356 | Server Comparison Chart |
| 183. | HB-SVG-00456161 | SEC-DC-EPROD-000468023 | 6/25/2013 Email from W. Mapp to Bruce E. |
| 184. | HB-SVG-00456162 | SEC-DC-EPROD-000468024 | Native File - MAC Computer Needed to Open |
| 185. | HB-SVG-00456163 | SEC-DC-EPROD-000468025 | 6/25/2013 Email from W. Mapp to Bruce E. |
| 186. | HB-SVG-00456164 | SEC-DC-EPROD-000468026 | Native File - MAC Computer Needed to Open |
| 187. | HB-SVG-00461264 | SEC-DC-EPROD-000473126 | 8/16/2013 Email from W. Mapp to Steve B. |
| 188. | HB-SVG-00471085 | SEC-DC-EPROD-000482947 | 9/30/2013 Email from Steve B. to Bruce E. |
| 189. | HB-SVG-00491421 | SEC-DC-EPROD-000503283 | 2/18/2012 Email from V. Rai to J. Smith |
| 190. | HB-SVG-00531698 | SEC-DC-EPROD-000543560 | 6/28/13 Email from L. Smith to M. Baggerly |
| 191. | HB-SVG-00531698 | SEC-DC-EPROD-000543564 | 6/28/2013 Email from L. Smith to Mark@bwm.com |
| 192. | HB-SVG-00532681 | SEC-DC-EPROD-000544565 | 2/27/2013 Email from L. Smith to C. Acree |
| 193. | HB-SVG-00532681 | SEC-DC-EPROD-000544565 | 2/27/2013 Email between L. Smith, C. Acree, and B. Barton at WFG |
| 194. | HB-SVG-00537450 | SEC-DC-EPROD-000549334 | 11/26/2013 Email from V. Brooks to B. Mapp, et al. |
| 195. | HB-SVG-00537451 | SEC-DC-EPROD-000549335 | Presentation to Analysts |
| 196. | HB-SVG-00540271 | SEC-DC-EPROD-000552155 | 1/10/2013 Placement Agent Agreement between WFG and Servergy |
| 197. | HB-SVG-00540543 | SEC-DC-EPROD-000552427 | No Date - Gartner, Inc. Service Agreement for Servergy, Inc. |
| 198. | HB-SVG-00540944 | SEC-DC-EPROD-000552828 | 7/2/2013 Email from L. Smith to B. Mapp |
| 199. | HB-SVG-00541096 | SEC-DC-EPROD-000552980 | 7/4/2013 Email from B. Mapp to arrinton.family, et al. |
| 200. | HB-SVG-00541160 | SEC-DC-EPROD-000553044 | 7/4/2013 Email from B. Barton to B. Mapp |
| 201. | HB-SVG-00541172 | SEC-DC-EPROD-000553056 | 7/4/2013 Email fro,m B. Mapp to B. Barton |
| 202. | HB-SVG-00543529 | SEC-DC-EPROD-000555413 | 7/27/2013 Email from L. Smith to B. Mapp |
| 203. | HB-SVG-00546206 | SEC-DC-EPROD-000558088 | PPM Supplement |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 204. | HB-SVG-00546971 | SEC-DC-EPROD-000558855 | 2/27/2013 Email from B. Mapp to K. Shah |
| 205. | HB-SVG-00546971 | SEC-DC-EPROD-000559082 | Series C Subscription Agreement |
| 206. | HB-SVG-00547215 | SEC-DC-EPROD-000559099 | 2/28/2013 Email from B. Mapp to T. Norris, et al. |
| 207. | HB-SVG-00547237 | SEC-DC-EPROD-000559121 | Private Placement Memo - February 14, 2013 |
| 208. | HB-SVG-00549396 | SEC-DC-EPROD-000561280 | Gartner for Servergy Presentation |
| 209. | HB-SVG-00554806 | SEC-DC-EPROD-000566690 | 6/7/2013 Email from L. Smith to B. Mapp with attachment |
| 210. | HB-SVG-00555609 | SEC-DC-EPROD-000567506 | 11/4/2012 Email from B. Mapp and W. Fisher |
| 211. | HB-SVG-00556551 | SEC-DC-EPROD-000568448 | 11/20/2012 Email from B. Mapp to L. Smith |
| 212. | HB-SVG-00556683 | SEC-DC-EPROD-000568580 | 11/27/12 Email between L. Smith, B. Barton, and B. Mapp |
| 213. | HB-SVG-00556961 | SEC-DC-EPROD-000568858 | 12/5/2012 Email from B. Mapp to W. Mapp |
| 214. | HB-SVG-00557583 | SEC-DC-EPROD-000569480 | 12/18/2012 Email from B. Mapp to L. Smith |
| 215. | HB-SVG-00557586 | SEC-DC-EPROD-000569483 | Draft Confidential Information Memorandum |
| 216. | HB-SVG-00558992 | SEC-DC-EPROD-000570889 | 1/16/2013 Email from B. Mapp to W. Fisher |
| 217. | HB-SVG-00558992 | SEC-DC-EPROD-000570889 | 1/16/2013 Email from B. Mapp to W. Fisher |
| 218. | HB-SVG-00560410 | SEC-DC-EPROD-000572307 | 1/29/2013 Email from B. Mapp to K. Raynon |
| 219. | HB-SVG-00560547 | SEC-DC-EPROD-000572444 | 1/30/2013 Email from K. Raynon to B. Mapp |
| 220. | HB-SVG-00561151 | SEC-DC-EPROD-000573048 | 2/8/2013 Email from B. Mapp to L. Smith |
| 221. | HB-SVG-00561239 | SEC-DC-EPROD-000573136 | 2/8/2013 Email from B. Mapp to L. Smith |
| 222. | HB-SVG-00561645 | SEC-DC-EPROD-000573542 | 2/14/2013 Email from B. Mapp to L. Smith |
| 223. | HB-SVG-00561741 | SEC-DC-EPROD-000573638 | 2/14/2013 Email from L. Smith to B. Mapp |
| 224. | HB-SVG-00565979 | SEC-DC-EPROD-000577876 | 10/10/2012 Email from B. Mapp to W. Fisher |
| 225. | HB-SVG-00566381 | SEC-DC-EPROD-000578278 | 10/22/2012 Email from B. Mapp and W. Fisher |
| 226. | HB-SVG-00566497 | SEC-DC-EPROD-000578394 | 10/30/2012 Email from B. Mapp to W. Fisher et al. |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 227. | HB-SVG-00566508 | SEC-DC-EPROD-000578405 | 10/30/2012 Email between B. Mapp and W. Fisher regarding follow up and investor information |
| 228. | HB-SVG-00569438 | SEC-DC-EPROD-000581391 | 4/19/2012 Minutes of Board Meeting |
| 229. | HB-SVG-00571387 | SEC-DC-EPROD-000583340 | 6/29/2012 Email from B. Mapp to M. Woster |
| 230. | HB-SVG-00571470 | SEC-DC-EPROD-000583423 | 7/3/2012 Email from B. Mapp re Servergy 2Q12 Quarterly Update |
| 231. | HB-SVG-00573668 | SEC-DC-EPROD-000585621 | 7/30/2012 Email between R. Mayeux and B. Mapp |
| 232. | HB-SVG-00573668 | SEC-DC-EPROD-000585621 | 7/30/2012 Email from B. Mapp to R. Mayeux |
| 233. | HB-SVG-00573671 | SEC-DC-EPROD-000585624 | Series C Executive Summary |
| 234. | HB-SVG-00573672 | SEC-DC-EPROD-000585625 | Blank Series C Subscription Booklet |
| 235. | HB-SVG-00573686 | SEC-DC-EPROD-000585639 | Confidential Information Memorandum |
| 236. | HB-SVG-00573743 | SEC-DC-EPROD-000585696 | Servergy Wiring Instructions |
| 237. | HB-SVG-00574888 | SEC-DC-EPROD-000586841 | 1/5/2012 Email from B. Mapp to J. Smith et al. |
| 238. | HB-SVG-00578863 | SEC-DC-EPROD-000590816 | 2/22/2013 Email from M. Holder to B. Mapp |
| 239. | HB-SVG-00590080 | SEC-DC-EPROD-000602033 | 2/20/2013 Email from D. Feinstein to C. Rains et al. |
| 240. | HB-SVG-00590087 | SEC-DC-EPROD-000602040 | 2/21/13 Email from B. Mapp to D. Feinstein |
| 241. | HB-SVG-00674089 | SEC-DC-EPROD-000686042 | 11/1/2009 Confidential Information Memo |
| 242. | HB-SVG-00674243 | SEC-DC-EPROD-000686196 | 12/1/2010 Confidential Information Memo |
| 243. | HB-SVG-00674798 | SEC-DC-EPROD-000686751 | 9/5/2013 Email from L. Smith to R. Tannery |
| 244. | HB-SVG-00678337 | SEC-DC-EPROD-000690290 | CIM Drafts |
| 245. | HB-SVG-00678642 | SEC-DC-EPROD-000690767 | 2/8/2013 Email from R. Jones from A. Gottenberg et al. |
| 246. | HB-SVG-00678721 | SEC-DC-EPROD-000690846 | 2/9/2013 Email A. Gottenberg to L. Smith |
| 247. | HB-SVG-00678859 | SEC-DC-EPROD-000690984 | 2/11/2013 Email from L. Smith to A. Gottenberg et al. |
| 248. | HB-SVG-00678960 | SEC-DC-EPROD-000691085 | 2/12/2013 Email from R. Jones to L. Smith |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 249. | HB-SVG-00682859 | SEC-DC-EPROD-000695084 | 11/27/2012 Email between B. Mapp and W. Fisher regarding follow up and investor information |
| 250. | HB-SVG-00682889 | SEC-DC-EPROD-000695114 | 12/3/2012 Email between B. Mapp and W. Fisher regarding follow up and investor information |
| 251. | HB-SVG-00683242 | SEC-DC-EPROD-000695467 | 8/24/2013 Email between L. Smith and B. Mapp |
| 252. | HB-SVG-00683971 | SEC-DC-EPROD-000696196 | 1/23/2013 Email between B. Mapp, Henry Exall, and A. Stoner |
| 253. | HB-SVG-00684627 | SEC-DC-EPROD-000696852 | 6/24/2013 Email between L. Smith and B. Barton at WFG with PPM Supplement |
| 254. | HB-SVG-00684627 | SEC-DC-EPROD-000696852 | 7/24/2013 Email between L. Smith, B. Barton, and Henry Exall |
| 255. | HB-SVG-00685628 | SEC-DC-EPROD-000697853 | 1/30/2013 Email from R. Jones to L. Smith |
| 256. | HB-SVG-00685911 | SEC-DC-EPROD-000698136 | 2/5/2013 Email between L. Smith and F. Schweinfurth and WFG |
| 257. | HB-SVG-00686418 | SEC-DC-EPROD-000698643 | 12/7/2011 B. Mapp email re Grant Proposal Request |
| 258. | HB-SVG-00687031 | SEC-DC-EPROD-000699256 | Series B Subscription Agreement |
| 259. | HB-SVG-00688393 | SEC-DC-EPROD-000700618 | Minutes of Special Meeting of Board of Directors |
| 260. | HB-SVG-00688395 | SEC-DC-EPROD-000700620 | Minutes of Special Meeting of Board of Directors |
| 261. | HB-SVG-00688397 | SEC-DC-EPROD-000700622 | Minutes of Special Meeting of Board of Directors of Servergy, Inc. |
| 262. | HB-SVG-00688398 | SEC-DC-EPROD-000700623 | Minutes of Special Meeting of Board of Directors |
| 263. | HB-SVG-00688406 | SEC-DC-EPROD-000700631 | Minutes of Special Meeting of Board of Directors |
| 264. | HB-SVG-00688408 | SEC-DC-EPROD-000700633 | Minutes of Special Meeting of Board of Directors |
| 265. | HB-SVG-00688411 | SEC-DC-EPROD-000700636 | Minutes of Special Meeting of Board of Directors |
| 266. | HB-SVG-00688414 | SEC-DC-EPROD-000700639 | Minutes of Special Meeting of Board of Directors |
| 267. | HB-SVG-00688419 | SEC-DC-EPROD-000700644 | Minutes of Special Meeting of Board of Directors |
| 268. | HB-SVG-00688431 | SEC-DC-EPROD-000700656 | Board Meeting resolution - William Financial Group Fundraising termination date |
| 269. | HB-SVG-00688432 | SEC-DC-EPROD-000700657 | Minutes of Special Meeting of Board of Directors |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 270. | HB-SVG-00688438 | SEC-DC-EPROD-000700663 | Minutes of Special Meeting of Board of Directors |
| 271. | HB-SVG-00688440 | SEC-DC-EPROD-000700665 | Minutes of Special Meeting of Board of Directors |
| 272. | HB-SVG-00688442 | SEC-DC-EPROD-000700667 | Minutes of Special Meeting of Board of Directors |
| 273. | HB-SVG-00688444 | SEC-DC-EPROD-000700669 | 5/23/2013 Minutes of Special Meeting of Board of Directors |
| 274. | HB-SVG-00688446 | SEC-DC-EPROD-000700671 | Minutes of Special Meeting of Board of Directors |
| 275. | HB-SVG-00688448 | SEC-DC-EPROD-000700673 | 7/19/2012 Minutes of Board Meeting |
| 276. | HB-SVG-00688448 | SEC-DC-EPROD-000700673 | 7/19/2012 Minutes of Board Meeting |
| 277. | HB-SVG-00688450 | SEC-DC-EPROD-000700675 | Minutes of Special Meeting of Board of Directors |
| 278. | HB-SVG-00688459 | SEC-DC-EPROD-000700684 | 8/4/2014 Unanimous Consent of Servergy Board of Directors |
| 279. | HB-SVG-00688461 | SEC-DC-EPROD-000700686 | 8/4/2014 Unanimous Consent of Servergy Board of Directors |
| 280. | HB-SVG-00688471 | SEC-DC-EPROD-000700696 | Organizational Minutes of the Board of Directors of Servergy, Inc. |
| 281. | HB-SVG-00688477 | SEC-DC-EPROD-000700696 | Minutes of a Meeting of the Board of Directors |
| 282. | HB-SVG-00688479 | SEC-DC-EPROD-000700696 | 3/30/2010 Minutes of Board Meeting |
| 283. | HB-SVG-00688481 | SEC-DC-EPROD-000700696 | Minutes of a Meeting of the Board of Directors |
| 284. | HB-SVG-00688484 | SEC-DC-EPROD-000700696 | Minutes of Special Meeting of Board of Directors |
| 285. | HB-SVG-00688491 | SEC-DC-EPROD-000700715 | Minutes of Special Meeting of Board of Directors |
| 286. | HB-SVG-00688495 | SEC-DC-EPROD-000700720 | Minutes of Special Meeting of Board of Directors |
| 287. | HB-SVG-00688498 | SEC-DC-EPROD-000700723 | Minutes of Special Meeting of Board of Directors |
| 288. | HB-SVG-00688498 | SEC-DC-EPROD-000700723 | 11/12/2014 Minutes of Special Meeting of Board of Directors |
| 289. | HB-SVG-00688501 | SEC-DC-EPROD-000700726 | Minutes of Special Meeting of Board of Directors |
| 290. | HB-SVG-00688508 | SEC-DC-EPROD-000700733 | Minutes of Special Meeting of Board of Directors |
| 291. | HB-SVG-00688512 | SEC-DC-EPROD-000700737 | Unanimous Written Consent of the Board of Directors of Servergy, Inc. |
| 292. | HB-SVG-00688864 | SEC-DC-EPROD-000701096 | Dominion Joint Venture Group 2 Subscription Agreement |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 293. | HB-SVG-00688877 | SEC-DC-EPROD-000701109 | Dominion Joint Venture Group 3 Subscription Agreement |
| 294. | HB-SVG-00688891 | SEC-DC-EPROD-000701123 | Dominion Joint Venture Group 1 Subscription Agreement |
| 295. | MAPP_000135 | N/A | Microserver Article |
| 296. | MAPP_000140 | N/A | Exall & Wood Invoice (May 31, 2013) |
| 297. | PB-SVG-SEC-002858 | SEC-DC-EPROD-000705135 | Exall & Wood Letter to R. McGann |
| 298. | PB-SVG-SEC-002892 | SEC-DC-EPROD-000705161 | Townsend J. Smith Employment Agreement |
| 299. | PB-SVG-SEC-002898 | SEC-DC-EPROD-000705167 | 3/13/2011 Email from M. Holder to G. Sutton |
| 300. | PB-SVG-SEC-003222 | SEC-DC-EPROD-000705439 | 2/22/2013 Email from B. Mapp to R. McGann |
| 301. | PB-SVG-SEC-003333 | SEC-DC-EPROD-000705537 | 1/18/2011 Email from M. Holder to L. Shults |
| 302. | PB-SVG-SEC-003343 | SEC-DC-EPROD-000705547 | 2/27/2011 Email from M. Holder to G. Sutton, et al. |
| 303. | PB-SVG-SEC-003607 | SEC-DC-EPROD-000705689 | 3/31/2014 Email from L. Smith to B. Mapp |
| 304. | PB-SVG-SEC-003702 | SEC-DC-EPROD-000705784 | 10/11/2012 Email from W. Mapp to K. Chase |
| 305. | PB-SVG-SEC-003728 | SEC-DC-EPROD-000705810 | 1/22/2014 Email from L. Smith to W. Mapp |
| 306. | PB-SVG-SEC-003771 | SEC-DC-EPROD-000705853 | 12/6/2012 Email from K. Chase to V. Rai |
| 307. | PB-SVG-SEC-005506 | SEC-DC-EPROD-000707492 | 1/10/2013 Email from B. Mapp to M. Woster |
| 308. | PB-SVG-SEC-005542 | SEC-DC-EPROD-000707527 | 1/21/2013 Email from W. Mapp to B. Mapp |
| 309. | PB-SVG-SEC-005587 | SEC-DC-EPROD-000707571 | 6/9/2013 Email from W. Mapp to J. Smith et al. |
| 310. | SEC-CW-E-0000356 | SEC-DC-EPROD-000708436 | Joint Venture 2 Agreement and List of Investors |
| 311. | SEC-JACOBSONT-P-0000604 | SEC-DC-EPROD-000732491 | 8/29/2011 Email from B. Mapp to Undisclosed Recipients |
| 312. | SEC-SERVERGY-E-0000006 | SEC-DC-EPROD-000760013 | CTS-1000 Sever Regulatory Compliance Testing |
| 313. | SEC-SERVERGY-E-0000278 | SEC-DC-EPROD-000760285 | Koerr Cleantech Server Pre-Order Agreement Form |
| 314. | SEC-SERVERGY-E-0000838 | SEC-DC-EPROD-000760433 | 1/2/2013 Email from S. Noonan to W. Mapp |
| 315. | SEC-SERVERGY-E-0000864 | SEC-DC-EPROD-000760459 | 3/28/2014 Email from L. Smith to B. Mapp |
| 316. | SEC-SERVERGY-E-0000881 | SEC-DC-EPROD-000760476 | 7/25/2012 Email from V. Rai to J. Smith |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 317. | SEC-SERVERGY-E-0000885 | SEC-DC-EPROD-000760480 | 7/30/2012 Email from D. Schell to V. Rai |
| 318. | SEC-SERVERGY-E-0000888 | SEC-DC-EPROD-000760483 | 7/30/2012 Email from D. Schell to V. Rai et al. |
| 319. | SEC-SERVERGY-E-0000890 | SEC-DC-EPROD-000760485 | Strategic Plan for Integrating Servergy QorIQ-Based Cleantech Servers® Into the FSL Engineering Compute Environment |
| 320. | SEC-SERVERGY-E-0000899 | SEC-DC-EPROD-000760494 | 8/10/2012 Email from V. Rai to R. Biral |
| 321. | SEC-SERVERGY-E-0000905 | SEC-DC-EPROD-000760500 | 11/6/2012 Email from R. Biral to V. Rai et al. |
| 322. | SEC-SERVERGY-E-0000914 | SEC-DC-EPROD-000760509 | 8/2/2012 Email from J. Smith to V. Rai et al. |
| 323. | SEC-SERVERGY-E-0000925 | SEC-DC-EPROD-000760520 | 7/20/2012 Email from B. Mapp to M. Gray |
| 324. | SEC-SERVERGY-E-0001065 | SEC-DC-EPROD-000760660 | Blank Series C Subscription Booklet |
| 325. | SEC-SERVERGY-E-0001109 | SEC-DC-EPROD-000760704 | 7/24/2012 Email from B. Mapp to D. Schell |
| 326. | SEC-SERVERGY-E-0001137 | SEC-DC-EPROD-000760718 | Pre-Order Form – Howell/Airata Company, CTS-1000 Pre-Order Request of 100+ Units |
| 327. | SEC-SERVERGY-E-0001138 | SEC-DC-EPROD-000760718 | Pre-Order Form – Othmen, CTS-1000 Pre-Order Request of 4 Units |
| 328. | SEC-SERVERGY-E-0001139 | SEC-DC-EPROD-000760718 | Pre-Order Form – Lorick, CTS-1000 Pre-Order Request of 2 Unit |
| 329. | SEC-SERVERGY-E-0001142 | SEC-DC-EPROD-000760718 | Pre-Order Form – Ebersole, CTS-1000 Pre-Order Request of 1 Unit |
| 330. | SEC-SERVERGY-E-0001146 | SEC-DC-EPROD-000760718 | Pre-Order Form – Wada, CTS-1000 Pre-Order Request of 1 Unit |
| 331. | SEC-SERVERGY-E-0001147 | SEC-DC-EPROD-000760718 | Pre-Order Form – Mao, CTS-1000 Pre-Order Request of 1 Unit |
| 332. | SEC-SERVERGY-E-0001148 | SEC-DC-EPROD-000760718 | Pre-Order Form – Czanik, CTS-1000 Pre-Order Request of 1 Unit |
| 333. | SEC-SERVERGY-E-0001149 | SEC-DC-EPROD-000760718 | Pre-Order Form – Noonan, CTS-1000 Pre-Order Request of 1 Unit |
| 334. | SEC-SERVERGY-E-0001745 | SEC-DC-EPROD-000761340 | 8/21/2012 Email from B. Mapp to D. Schell |
| 335. | SEC-SERVERGY-E-0002084 | SEC-DC-EPROD-000761679 | 10/4/2011 Email from K. Paxton to B. Mapp |
| 336. | SEC-SERVERGY-E-0002104 | SEC-DC-EPROD-000761699 | 2/11/2012 Email from B. Mapp to Undisclosed Recipients |
| 337. | SEC-SERVERGY-E-0002113 | SEC-DC-EPROD-000761708 | 7/30/2012 Email from B. Mapp to Undisclosed Recipients |
| 338. | SEC-SERVERGY-E-0002137 | SEC-DC-EPROD-000761732 | 1/9/2012 Email from B. Mapp to Undisclosed Recipients |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 339. | SEC-SERVERGY-E-0002141 | SEC-DC-EPROD-000761736 | 2/23/2012 Email from B. Mapp to Undisclosed Recipients |
| 340. | SEC-SERVERGY-E-0002149 | SEC-DC-EPROD-000761744 | 2/27/2012 Email from B. Mapp to Undisclosed Recipients |
| 341. | SEC-SERVERGY-E-0002159 | SEC-DC-EPROD-000761754 | 3/11/2012 Email from B. Mapp to Undisclosed Recipients |
| 342. | SEC-SERVERGY-E-0002170 | SEC-DC-EPROD-000761765 | 12/13/2011 Email from B. Mapp to Undisclosed Recipients |
| 343. | SEC-SERVERGY-E-0002182 | SEC-DC-EPROD-000761777 | 9/24/2011 Email from B. Mapp to Undisclosed Recipients |
| 344. | SEC-SERVERGY-E-0002191 | SEC-DC-EPROD-000761786 | 10/31/2011 Email from B. Mapp to Undisclosed Recipients |
| 345. | SEC-SERVERGY-E-0002209 | SEC-DC-EPROD-000761804 | 2/15/2012 Email from B. Mapp to Undisclosed Recipients |
| 346. | SEC-SERVERGY-E-0002218 | SEC-DC-EPROD-000761813 | 2/21/2012 Email from B. Mapp to Undisclosed Recipients |
| 347. | SEC-SERVERGY-E-0002227 | SEC-DC-EPROD-000761822 | 11/2/2011 Email from B. Mapp to Undisclosed Recipients |
| 348. | SEC-SERVERGY-E-0002231 | SEC-DC-EPROD-000761826 | 9/12/2011 Email from B. Mapp to Undisclosed Recipients |
| 349. | SEC-SERVERGY-E-0002240 | SEC-DC-EPROD-000761835 | 3/7/2012 Email from B. Mapp to Undisclosed Recipients |
| 350. | SEC-SERVERGY-E-0002244 | SEC-DC-EPROD-000761839 | 10/8/2012 Email from B. Mapp to Undisclosed Recipients |
| 351. | SEC-WeilandC-E-0000001 | SEC-DC-EPROD-000761996 | 8/6/2014 Shareholder Update Memo |
| 352. | Servergy-2-0015813 | SEC-DC-EPROD-000778859 | 1/17/2011 Email between R. Mayeux and B. Mapp |
| 353. | Servergy-2-0017334 | SEC-DC-EPROD-000780380 | 11/11/2010 Email between R. Mayeux, B. Mapp, and J. Mayeux |
| 354. | Servergy-2-0017819 | SEC-DC-EPROD-000780865 | 7/21/2010 Email between B. Mapp and R. Mayeux |
| 355. | Servergy-2-0018160 | SEC-DC-EPROD-000781206 | 4/9/2010 Email between B. Mapp and R. Mayeux |
| 356. | Servergy-2-0019581 | SEC-DC-EPROD-000782627 | 6/30/2011 Email between B. Mapp, R. Mayeux, M. Holder |
| 357. | Servergy-2-03974 | SEC-DC-EPROD-000767020 | 11/7/2012 Email between B. Mapp, C. Luckey and W. Fisher regarding follow up and investor information |
| 358. | SERVERGY-2-04380 | SEC-DC-EPROD-000767426 | 10/8/2012 Email from R. Mayeux to B. Mapp |
| 359. | SERVERGY-2-04380 | SEC-DC-EPROD-000767426 | 10/8/2012 Email between B. Mapp and R. Mayeux |
| 360. | SERVERGY-2-12347 | SEC-DC-EPROD-000775393 | 7/4/2011 Confidential Information Memo |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 361. | SERVERGY-2-13290 | SEC-DC-EPROD-000776336 | 7/25/2011 Email from B. Mapp to B. Sanford |
| 362. | SERVERGY-2-17821 | SEC-DC-EPROD-000780867 | 7/21/2010 Email between B. Mapp, C. White, and S. Bucks S |
| 363. | SERVERGY-2-19407 | SEC-DC-EPROD-000782453 | Series A Subscription Agreement |
| 364. | SERVGY 001235 | SEC-DC-EPROD-000784331 | 2/8/2013 Email from L. Smith to R. Jones |
| 365. | SERVGY 001612 | SEC-DC-EPROD000784715 | 11/29/2012 Confidentiality Agreement |
| 366. | SERVGY 001623 | SEC-DC-EPROD000784726 | 1/10/2013 WFG/Servergy Placement Agreement; |
| 367. | White 001349_00001 | SEC-DC-EPROD-000786599 | 5/12/2011 Email from B. Mapp to Undisclosed Recipients |
| 368. | White 001866_00001 | SEC-DC-EPROD-000787174 | 2/21/2013 Email from D. Storck to C. White |
| 369. | White 003902_00001 | SEC-DC-EPROD-000789464 | 3/27/2011 Email from B. Mapp to M. Holder |
| 370. | White 007499_00001 | SEC-DC-EPROD-000793389 | 5/31/2011 Email from C.White to R. Tamplin |
| 371. | White 011487_00001 | SEC-DC-EPROD-000797699 | 7/25/2013 Email from B. Mapp to C. White |
| 372. | White 013725_00001 | SEC-DC-EPROD-000799985 | 8/13/2012 Email from B. Mapp to C. White |
| 373. | White 022083_00001 | SEC-DC-EPROD-000808782 | 7/8/2010 Email from C. White to B. Mapp |
| 374. | White 022102_00001 | SEC-DC-EPROD-000808802 | 12/16/2010 Email from C. White to B. Mapp |
| 375. | White 023356_00001 | SEC-DC-EPROD-000810114 | 7/8/2011 Email from C. White to F. Vanasco, et al. |
| 376. | White 035297_00001 | SEC-DC-EPROD-000824522 | 12/15/2009 Email from B. Mapp to C. White |
| 377. | White 035659_00001 | SEC-DC-EPROD-000824920 | 7/13/2010 Email from B. Mapp to C. White |
| 378. | White 036252_00001 | SEC-DC-EPROD-000825573 | 3/23/2011 Email from B. Mapp to C. White |
| 379. | White 036252_00001 | SEC-DC-EPROD-000825573 | 3/23/2011 Email from B. Mapp to C. White |
| 380. | White 038923_00001 | SEC-DC-EPROD-000831491 | 11/16/2009 Email from C. White to M. Tolleson |
| 381. | White 038988_00001 | SEC-DC-EPROD-000831562 | 3/25/2011 Email from C. White to R. Storck |
| 382. | White 039877_00001 | SEC-DC-EPROD-000832530 | "Servergy JV II" Folder |
| 383. | White 041533 | SEC-DC-EPROD-000834186 | 3/8/2011 Email from B. Mapp to R. Storck |

| EX. NO. | BATES | INTERNAL BATES | DESCRIPTION |
|---|---|---|---|
| 384. | White 045020 | SEC-DC-EPROD-000837673 | 3/8/2011 Email from B. Mapp to D. Storck |
| 385. | White 045161 | SEC-DC-EPROD-000837814 | 10/20/2011 Email from M. Holder to B. Mapp |
| 386. | White 045461 | SEC-DC-EPROD-000838114 | Servergy Shareholder's Meeting Memo 2011 |
| 387. | White036254_00001 | SEC-DC-EPROD-000825575 | 3/28/2011 Email between M. Holder, C. White, and B. Mapp SEC Ex. 34 |
| 388. | No Bates | No Bates | CTS1000 Demonstrative |
| 389. | No Bates | No Bates | Declaration of David R. Mayeux |
| 390. | No Bates | No Bates | Dell Server Demonstrative |
| 391. | No Bates | No Bates | Other Demonstrative Servers (TBD) |
| 392. | No Bates | No Bates | Form D Filing - 11-17-11 |
| 393. | No Bates | No Bates | Form D Filing - 2-13-13 |
| 394. | No Bates | No Bates | Form D Filing - 3-18-11 |
| 395. | No Bates | No Bates | Form D Filing - 3-18-11 |
| 396. | No Bates | No Bates | Form D Filing - 4-15-13 |
| 397. | No Bates | No Bates | Form D Filing - 5-10-12 |