# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No.:  4:16-CV-00246** |
| | § | |
| **WILLIAM E. MAPP, III,** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff Securities and Exchange Commission's hereby provides its list of "Proposed"

exhibits pursuant to the Court's Modified Scheduling Order dated June 19, 2017.

| Ex. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| P-1 | Servergy CIM dated November 1, 2009 | | |
| P-2 | Servergy CIM dated July 4, 2011 | | |
| P-3 | Servergy CIM dated 2012 | | |
| P-4 | Servergy PPM date February 14, 2013 | | |
| P-5 | Servergy Series C. Roadshow dated February, 2013 | | |
| P-6 | Supplemental No. 1 to PPM dated July 31, 2013 | | |
| P-7 | CTS-1000 Opportunity Report dated February 26, 2013 | | |
| P-8 | Power Consumption & Temperature Measurements Report dated October 8, 2010 | | |
| P-9 | Email re Servergy Industry News Flash dated January 23, 2011 | | |
| P-10 | Email re questions dated November 16, 2011 | | |
| P-11 | Servergy Special BOD Minutes dated April 19, 2012 | | |
| P-12 | Email re Message to Bill Mapp dated June 12, 2012 | | |
| P-13 | Email re latest Servergy Investor Materials dated July 30, 2012 | | |
| P-14 | Email re Current Financial Status dated August 7, 2012 | | |

| P-15 | Email re Neil dated August 9, 2012 | | |
|---|---|---|---|
| P-16 | Email re Quick Follow-up dated September 10, 2012 | | |
| P-17 | Email re Quick Thanks and Follow-up dated December 3, 2012 | | |
| P-18 | Email re Buchalter dated January 7, 2013 | | |
| P-19 | Email re Servergy, Inc. Update dated February 4, 2013 | | |
| P-20 | Email re Just a Thought dated February 21, 2013 | | |
| P-21 | Wells Fargo Account Statement dated March, 2012 | | |
| P-22 | Cleantech Server 1000 User Guide dated May 9, 2014 | | |
| P-23 | Amazon-Noonan Clarification | | |
| P-24 | Email Forwarded from Steven Noonan re CTS-1000 dated June 3, 2014 | | |
| P-25 | Cleantech Server CTS-1000 Test Data Report dated February 6, 2014 | | |
| P-26 | IBM BladeCenter H Product Guide | | |
| P-27 | IBM BladeCenter PS700-702 Technical Overview dated May, 2010 | | |
| P-28 | Email re 1 CTS-1000 Pre-Order Request(s) dated January 3, 2013 | | |
| P-29 | Email re Get Small Sale dated October 11, 2011 | | |
| P-30 | Email re Freescale Meeting with Chris Aidan dated July 26, 2012 | | |
| P-31 | Email re Freescale Compute Plan dated July 30, 2012 | | |
| P-32 | Logos of Servergy PowerLinux Partners | | |
| P-33 | Email re Cleantech Server (R) Blades dated February 10, 2013 | | |
| P-34 | Koerr Quote dated November 20, 2012 | | |
| P-35 | Cleantech Server Pre-Order Agreement Form – signed by Koerr | | |
| P-36 | Email re Ken Paxton Investor Materials dated 13,2011 | | |
| P-37 | Email re Servergy Follow-Up Investor List and Follow-Up . . . dated October 4, 2011 | | |
| P-38 | Email re Servergy Q1 '13 Update dated February 4, 2013 | | |
| P-39 | Email re Freescale Meeting with Chris Aidan dated July 27, 2012 | | |
| P-40 | Email re Escrow dated December 22, 2010 | | |
| P-41 | Email re Strictly Private & Confidential Summary dated December 14, 2009 | | |

| P-42 | Email re Live Broadcase Coming to Tyler 07-23-11 dated July 18, 2011 | | |
|------|---------------------------------------------------------------------|--|--|
| P-43 | Email re Servergy Investments dated December 18, 2009 | | |
| P-44 | Email re Servergy Meeting in Richardson TX dated July 21, 2010 | | |
| P-45 | Email re John Claeys Payment to Servergy Escrow dated February 22, 2011 | | |
| P-46 | Email re John Claeys Wire dated February 24, 2011 | | |
| P-47 | Email re Rob Storck dated March 25, 2011 | | |
| P-48 | Artifact-reference-1-PowerCalc-cref=tec455664 | | |
| P-49 | Artifact-reference-2-PowerCalc-enviromon | | |
| P-50 | c04128169 | | |
| P-51 | c04284501 | | |
| P-52 | dw1fn_installation_guide_v5 | | |
| P-53 | HPC-class-blade-enclosure-site-planning-guide | | |
| P-54 | power_ssj2008-2-Dell | | |
| P-55 | power_ssj2008-2-HP | | |
| P-56 | power_ssj2008-2-IBM | | |
| P-57 | poweredge-m610x_owner's manual_en-us | | |
| P-58 | redp4655 | | |
| P-59 | server-poweredge-r610-tech-guidebook | | |
| P-60 | spec_sheet_c17-644224 | | |
| P-61 | spec_sheet_c17-644236 | | |
| P-62 | Charles Marler's Resume | | |
| P-63 | Email re 32-bit vs. 64-bit dated June 20, 2012 | | |
| P-64 | W. Mapp email re P4080 vs T4240 dated March 19, 2012 | | |
| P-65 | B. Mapp email re P4080 vs T4240 dated March 20, 2012 | | |
| P-66 | Michael Holder email re P4080 vs T4240 dated March 20, 2012 | | |
| P-67 | Vihar Rai email re P4080 vs T4240 dated March 20, 2012 at 1:00 pm | | |
| P-68 | Vihar Rai email re P4080 vs T4240 dated March 20, 2012 at 1:27 pm | | |
| P-69 | Vihar Rai email re P4080 vs T4240 dated March 20, 2012 at 1:29 pm | | |
| P-70 | Vihar Rai email re P4080 vs T4240 dated March 20, 2012 at 7:16 pm | | |
| P-71 | Vihar Rai email re P4080 vs T4240 dated March 21, 2012 | | |
| P-72 | Jack Smith email re P4080 vs T4240 dated March 22, 2012 | | |

| P-73 | B. Mapp email re P4080 vs T4240 dated March 23, 2012 | | |
|------|------|---|---|
| P-74 | Servergy Investor List | | |
| P-75 | Form D Filings | | |
| P-76 | Lance Smith email re WFG Call | | |
| P-77 | Invite to Servergy Client Presentation & Reception | | |
| P-78 | Servergy Inc. Subscription Agreement | | |
| P-79 | Email re Meeting with Investor dated July 21, 2010 | | |
| P-80 | Dominion JV I Subscription Agreement | | |
| P-81 | Dominion JV II Subscription Agreement | | |
| P-82 | Dominion JV III Subscription Agreement | | |
| P-83 | Duckworth Subscription Agreement | | |
| P-84 | Cottrill Subscription Agreement | | |
| P-85 | Spangler Subscription Agreement | | |
| P-86 | Caleb White email re Discrepancies in Timing dated June 2, 2011 | | |
| P-87 | Caleb White email re Private & Limited Series B dated July 8, 2010 | | |
| P-88 | Bill Mapp email re New Investors in North Dallas area dated July 12, 2010 | | |
| P-89 | Email between Bill Mapp, Michael Holder & Caleb White re Robert Storck Block shares dated March 28, 2011 | | |
| P-90 | Email re Pre-Order Form Drafts dated August 18, 2012 | | |
| P-91 | Email between Will Mapp and Dan Schell re LinuxCon Report/Weekly Report dated August 31, 2012 | | |
| P-92 | Email between Bill Mapp and Will Mapp re Pre-Order Draft Form dated August 20, 2012 | | |
| P-93 | Servergy Cleantech Server Pre-Order Agreement Form | | |
| P-94 | Email between Bill Mapp, Will Mapp and Caleb White re Pre-Order Agreement Form dated September 20, 2012 | | |
| P-95 | Email from Bill Mapp re Servergy Pre-Order Model dated October 19, 2012 | | |
| P-96 | Email between Will Mapp and Bill Mapp re Koerr dated March 10, 2013 | | |
| P-97 | Email between Robert Jones and Amy Gottenberg re Approval of Invitation to Presentation dated March 18, 2013 | | |

| P-98 | Email between Bill Mapp and Martin Woodall re investor materials dated May 23, 2013 | | |
|------|------|--|--|
| P-99 | Supplement No. 1 to PPM dated July 31, 2013 | | |
| P-100 | Email re Supplement No. 1 to PPM dated August 19, 2013 | | |
| P-101 | Email re Supplement to PPM dated June 24, 2013 | | |
| P-102 | Email re Supplement No. 1 to PPM dated September 5, 2013 | | |
| P-103 | Email between Bill Mapp and Rusty Mayeux re Freescale Meeting with Chris Aidan dated July 26, 2012 | | |
| P-104 | Email between Bill Mapp and Rusty Mayeux re Latest Servergy Investor Materials, Subscription Agreement and Wiring Instructions dated July 30, 2012 | | |
| P-105 | Dan Schell Memo re Financial/Operations/HR/IT-Weekly Report-Week Ending August 3, 2012 | | |
| P-106 | Servergy Financial Statements and Independent Auditors' Report FYE December 31, 2010 | | |
| P-107 | Servergy Financial Statements and Independent Auditors' Report FYE December 31, 2012 and 2011 | | |
| P-108 | Dominion Investor List | | |
| P-109 | Steve Noonan email re 1 CTS-1000 Pre-Order Request(s) dated December 25, 2012 | | |
| P-110 | Will Mapp email re 1 CTS-1000 Pre-Order Request(s) dated December 26, 2012 | | |
| P-111 | Bill Mapp email re Servergy Christmas Day Gift from up North dated December 26, 2012 | | |
| P-112 | Rai Vihar email re Servergy Christmas Day Gift from up North dated December 27, 2012 | | |
| P-113 | Bill Mapp email re Amiga 64 – Wikipedia, the free encyclopedia dated December 27, 2012 | | |
| P-114 | Will Mapp email re 1 CTS-1000 Pre-Order Request(s) dated January 3, 2013 | | |
| P-115 | Email between Bill Mapp and Will Mapp re Amazon Reply dated December 31, 2012 | | |
| P-116 | Steve Noonan email re 1 CTS-1000 Pre-Order Request(s) dated December 31, 2012 | | |
| P-117 | Will Mapp email re 1 CTS-1000 Pre-Order Request(s) dated January 2, 2013 | | |
| P-118 | Jack Smith email re 1 CTS-1000 Pre-Order Request(s) dated January 9, 2013 | | |

| P-119 | Bill Mapp email re 1 CTS-1000 Pre-Order Request(s) dated January 10, 2013 | | |
|---|---|---|---|
| P-120 | Bill Mapp email re Amazon Shipment dated January 16, 2013 | | |
| P-121 | Steve Noonan email re Servergy Loaner Agreement dated January 29, 2013 | | |
| P-122 | Will Mapp email re Steven Noonan dated March 10, 2013 | | |
| P-123 | Steve Noonan email re PowerLinux Users Group "PLUG" dated March 13, 2013 | | |
| P-124 | Bill Mapp email re Amazon and Oracle Use of Servergy systems dated March 23, 2013 | | |
| P-125 | Servergy Non Binding Letter of Intent form | | |
| P-126 | Bill Mapp email re NY Trip and Other Topics dated September 6, 2012 | | |
| P-127 | Servergy CTS-1000 Pre-Order Request Form | | |
| P-128 | Dan Schell email re Bank Balance dated July 30, 2012 | | |
| P-129 | Wells Fargo Account Statement dated July 1, 2012 – July 31, 2012 | | |
| P-130 | Bill Mapp email re 1 CTS-1000 Pre-Order Request(s) dated January 10, 2013 | | |
| P-131 | Servergy Website Capture dated June 18, 2013 | | |
| P-132 | [your-email]@jade42.servergy.com email re 1 CTS-1000 Pre-Order Request(s) – IMS Japan, Ltd. – Kiyohito Wada dated March 26, 2013 | | |
| P-133 | Will Mapp email re 1 CTS-1000 Pre-Order Request(s) – IMS Japan, Ltd. – Kiyohito Wada dated March 26, 2013 | | |
| P-134 | Bill Mapp email re 1 CTS-1000 Pre-Order Request(s) – IMS Japan, Ltd. – Kiyohito Wada dated March 26, 2013 | | |
| P-135 | Will Mapp email re 1 CTS-1000 Pre-Order Request(s) – IMS Japan, Ltd. – Kiyohito Wada dated March 26, 2013 | | |
| P-136 | K Wada email re 1 CTS-1000 Pre-Order Request(s) – IMS Japan, Ltd. – Kiyohito Wada dated March 27, 2013 | | |
| P-137 | Will Mapp email re 1 CTS-1000 Pre-Order Request(s) – IMS Japan, Ltd. – Kiyohito Wada dated March 29, 2013 | | |
| P-138 | K Wada email re 1 CTS-1000 Pre-Order Request(s) – IMS Japan, Ltd. – Kiyohito Wada dated April 1, 2013 | | |
| P-139 | Caleb White email re Rob Storck . . block shares dated July 2, 2012 | | |

| | | | |
|---|---|---|---|
| P-140 | Bill Mapp email re Status dated May 28, 2014 | | |
| P-141 | Bill Mapp email re Question dated April 27, 2012 | | |
| P-142 | Declaration of Servergy, Inc. Certifying Records of Regularly Conducted Business Activity dated October 22, 2015 | | |
| P-143 | Whitney Fisher email re Reminder: 4/2/13 Invitation Servergy Presentation Reception with attachments dated April 1, 2013 | | |
| P-144 | Bill Mapp email re Servergy Q3'12 Investor Update with attachments dated October 19, 2012 | | |
| P-145 | Will Mapp email re KOERR dated March 10, 2013 | | |
| P-146 | Bill Mapp email re Follow-up and next steps . . . Re: Servergy – Woodall Our Meeting Yesterday with attachments dated May 23, 2013 | | |
| P-147 | Bill Mapp email re Servergy Logos with attachments dated January 24, 2012 | | |
| P-148 | Bill Mapp email re Servergy Pre-Order Form DRAFT with attachments dated August 20, 2012 | | |
| P-149 | Dan Schell email re Weekly Ending 8/3 with attachments dated August 3, 2012 | | |
| P-150 | Servergy Payroll Information Report dated January 1, 2013 – December 31, 2013 and January 1, 2012 – December 31, 2012 | | |
| P-151 | Bill Mapp email re Final PPM Draft Version 9.2 now uploaded into Box dated February 15, 2013 | | |
| P-152 | Lance Smith email re 100 Enclosure from Rack Solutions Sign-off by Bill dated February 18, 2013 | | |
| P-153 | Bill Mapp email re NDA and Pre-order dated October 18, 2012 | | |
| P-154 | Roger Tannery email re Org Chart with attachment dated November 7, 2013 | | |

This case is set on the trial docket starting the week of December 4, 2017.  The Court's reporter is Jan Mason and Courtroom Deputy is Debra McCord.


Dated:  November 3, 2017                              Respectfully submitted,



                                                     *s/Matthew J. Gulde*
                                                     Matthew J. Gulde
                                                     Illinois Bar No. 6272325

Timothy L. Evans
Texas Bar No. 24065211
Jessica B. Magee
Texas Bar No. 24037757
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-1410 (MJG)
Facsimile:  (817) 978-4927
guldem@sec.gov

*Attorneys for Plaintiff Securities
and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court.

*s/Matthew J. Gulde*
Matthew J. Gulde