# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION § § § § § § § § | Civil Action No. 4:16-CV-00246<br>Judge Mazzant |
| v. | |
| WILLIAM E. MAPP, III | |

## VERDICT FORM

We, the Jury, find as follows:

1. With respect to the SEC's claim that Defendant Bill Mapp violated **Section 10(b)** of the Securities Exchange Act and **Rule 10b-5(a)**, we, the jury, find by a preponderance of the evidence that Defendant Bill Mapp is:

    Liable _____   Not Liable __X__

2. With respect to the SEC's claim that Defendant Bill Mapp violated **Section 10(b)** of the Securities Exchange Act and **Rule 10b-5(b)**, we, the jury, find by a preponderance of the evidence that Defendant Bill Mapp is:

    Liable _____   Not Liable __X__

3. With respect to the SEC's claim that Defendant Bill Mapp violated **Section 10(b)** of the Securities Exchange Act and **Rule 10b-5(c)**, we, the jury, find by a preponderance of the evidence that Defendant Bill Mapp is:

    Liable _____   Not Liable __X__

4. Do you find by a preponderance of the evidence that the conduct you found in response to Questions 1-3 above occurred:

    a) Prior to April 11, 2011?

    Answer Yes or No __Yes__

    b) On or after April 11, 2011?

    Answer Yes or No __Yes__

5. With respect to the SEC's claim that Defendant Bill Mapp violated **Section 17(a)(1)** of the Securities Act, we, the jury, find by a preponderance of the evidence that Defendant Bill Mapp is:

   Liable _____    Not Liable __X__

6. With respect to the SEC's claim that Defendant Bill Mapp violated **Section 17(a)(2)** of the Securities Act, we, the jury find by a preponderance of the evidence that Defendant Bill Mapp is:

   Liable __X__    Not Liable _____

7. With respect to the SEC's claim that Defendant Bill Mapp violated **Section 17(a)(3)** of the Securities Act, we, the jury, find by a preponderance of the evidence that Defendant Bill Mapp is:

   Liable _____    Not Liable __X__

8. Do you find by a preponderance of the evidence that the conduct you found in response to Questions 5-7 above occurred:

   a) Prior to April 11, 2011?

   Answer Yes or No __Yes__

   b) On or after April 11, 2011?

   Answer Yes or No __Yes__

2

9. As to **Section 5(a) and (c)**, did the SEC prove by a preponderance of the evidence that Defendant Bill Mapp directly or indirectly sold or offered to sell securities?

    Answer Yes or No  Yes.

*If your answer to Question 9 is "Yes", please answer the remaining questions. Otherwise, proceed no further.*

10. Do you find by a preponderance of the evidence that the conduct you found in response to Question 9 above occurred:

    a) Prior to April 11, 2011?

       Answer Yes or No  Yes

    b) On or after April 11, 2011?

       Answer Yes or No  Yes

11. Did Defendant Bill Mapp prove by a preponderance of the evidence that **Rule 506** exemption from registration applied to Servergy's sale of or offer to sell securities?

    Answer Yes or No  Yes

12. Did Defendant Bill Mapp prove by a preponderance of the evidence that **Rule 508** applied to Servergy's sale of or offer to sell securities?

    Answer Yes or No  Yes

Fore

Date: 12/13/17