# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § Civil Action No. 4:16-CV-00246 § Judge Mazzant |
| v. | § § |
| WILLIAM E. MAPP, III | § § |

### FINAL JUDGMENT

The Court has considered Plaintiff Securities and Exchange Commission's Motion to Enter Final Judgment (Dkt. #191) as to Defendant William E. Mapp, III.

Pursuant to the Memorandum Opinion and Order entered on this date and the jury verdict delivered on December 13, 2017, the Court hereby renders final judgment. Based on the Memorandum Opinion and Order and the verdict, it is **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff Securities and Exchange Commission.

**IT IS THEREFORE ORDERED** that Defendant William E. Mapp, III, pay a civil penalty of $22,500 pursuant to 15 U.S.C. §§ 77t(d) and 78u(d)(3).

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**SIGNED this 25th day of July, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE